UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

SHAPIRO, CROLAND, REISER
 APFEL & DI IORIO, LLP
John P. Di Iorio, Esq.
411 Hackensack Avenue
Hackensack, NJ 07601
(201) 488-3900
Attorneys for Debtor

Order Filed on May 18, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

JOHN PATRICK O'GRADY,

Debtor.

Chapter 7

Case No.: 19-19513-JKS

### ORDER PURSUANT TO 11 U.S.C. §706(a)
### CONVERTING CASE TO A CASE UNDER CHAPTER 11

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

DATED: May 18, 2020

Honorable John K. Sherwood
United States Bankruptcy Court

834968.1

(Page 2)
Debtor:     John P. O'Grady
Case No.    19-19513-JKS
Caption:    Order Pursuant To 11 U.S.C. §706(a) Converting Case to a Case Under Chapter 11

---

THIS matter having come before the Court upon the motion of John Patrick O'Grady ("Debtor") for entry of an order pursuant to 11 U.S.C. §706(a) converting his chapter 7 case to a case under chapter 11; and the Court having considered the Motion and the Declaration of Debtor filed in support thereof, the Opposition filed by John W. Sywilok, Chapter 7 Trustee (the "Trustee") and the Reply and Declarations filed in response to the Opposition; and for the reasons set forth on the record at the hearing conducted on May 5, 2020, it is

ORDERED that:

1. Debtor shall make a $2,500 payment to the Trustee by May 25, 2020;

2. Debtor shall make the monthly mortgage payments for May 2020 and each month thereafter to TIAA, FSB and Bank of America, NA;

3. Debtor's case be and is hereby converted to a chapter 11 case and, in accordance with Debtor's election, the case shall proceed as a small business debtor reorganization under subchapter V of chapter 11; and

4. The Office of The United States Trustee shall appoint a chapter 11, subchapter V Trustee.