Form 147 − ntccnfpln

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−19513−JKS
Chapter: 11
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   John Patrick O'Grady
   91 Midvale Mountain Rd.
   Mahwah, NJ 07430

Social Security No.:
   xxx−xx−4694

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 11 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 11 plan was entered on December 2, 2020.

   IT IS FURTHER NOTICED,

   1. The clerk shall close the case 180 days after entry of the order confirming plan. Local Rule 3022−1(a).

   2. On motion of a party in interest filed and served within the time period set forth above, the court may for cause extend the time for closing the case. Local Rule 3022−1(b).

   3. All applications for allowance of fees and expenses shall be filed within 90 days after entry of a final order confirming plan, or such fees and expenses shall be deemed to be waived. Local Rule 2016−1(i).

Dated: December 2, 2020
JAN: zlh

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
John Patrick O'Grady  
    Debtor(s)

Case No. 19-19513-JKS  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 3  
Date Rcvd: Dec 02, 2020     Form ID: 147     Total Noticed: 14

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 04, 2020:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | John Patrick O'Grady, 91 Midvale Mountain Rd., Mahwah, NJ 07430-2709 |
| aty | ++ | KOPELMAN & KOPELMAN LLP, 90 MAIN STREET SUITE 205, HACKENSACK NJ 07601-7129 address filed with court:, Kopelman & Kopelman LLP, 55 Main Street, Hackensack, NJ 07601 |
| aty | + | Shapiro, Croland, Reiser, Apfel & Di Iorio, LLP, 411 Hackensac Avenue, Hackensack, NJ 07601-6328 |
| cr | + | BANK OF AMERICA, N.A., Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| app | + | Edith Josephson, RE/MAX Real Estate Limited, 297 Kinderkamack Rd., Oradell, NJ 07649-1538 |
| intp | + | John W Sywilok, c/o Kopelman & Kopelman LLP, 90 Main Street, Suite 205, Hackensack, NJ 07601-7129 |
| 518237075 | + | Bank of America, Home Equity Loss Mitigation, 100 N Tryon St, Charlotte, NC 28202-4024 |
| 518864545 | + | Bank of America, N.A., P.O. Box 31785, Tampa, FL 33631-3785 |
| 518291981 | + | Barry R Donaldson, c/o Ronald I Bell, Bernstein & Bell, 4 Courthouse Lane, Chelmsford MA 01824-1730 |
| 518237074 | + | TIAA Bank, Home Lending and Servicing, 301 West Bay St, Jacksonville, FL 32202-5150 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| smg | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 02 2020 22:22:00 | Dist Dir of IRS, Insolvency Function, PO Box 724, Springfield, NJ 07081-0724 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 03 2020 00:46:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 03 2020 00:46:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518903782 | | Email/Text: BKMail@tiaabank.com | Dec 02 2020 22:21:00 | TIAA, FSB, 301 W Bay Street, Jacksonville, FL 32202 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| r | *+ | Edith Josephson, RE/MAX Real Estate Limited, 297 Kinderkamack Rd., Oradell, NJ 07649-1538 |
| 518237076 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Dept of Treasury, IRS, Kansas City, MO 64999-0002 |
| 518901884 | *P++ | KOPELMAN & KOPELMAN LLP, 90 MAIN STREET SUITE 205, HACKENSACK NJ 07601-7129, address filed with court:, Kopelman & Kopelman LLP, 90 Main Street, Suite 205, Hackensack, NJ 07601 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 3 |
| Date Rcvd: Dec 02, 2020 | Form ID: 147 | Total Noticed: 14 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 04, 2020          Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 2, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian W. Hofmeister | bwh@hofmeisterfirm.com  J119@ecfcbis.com |
| Denise E. Carlon | on behalf of Creditor BANK OF AMERICA  N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Heather Elizabeth Saydah | on behalf of Defendant Bank of America NA HSaydah@winston.com docketny@winston.com;heather-saydah-6555@ecf.pacerpro.com |
| James French | on behalf of Defendant TIAA  FSB jfrench@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| James French | on behalf of Defendant EverBank jfrench@mwc-law.com  nj-ecfmail@ecf.courtdrive.com |
| James French | on behalf of Creditor TIAA  FSB jfrench@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| John P. Di Iorio | on behalf of Debtor John Patrick O'Grady jdiiorio@shapiro-croland.com |
| Lauren Moyer | on behalf of Creditor TIAA  FSB lmoyer@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| Marisa Myers Cohen | on behalf of Creditor TIAA  FSB ecfmail@ecf.courtdrive.com, jhillier@mwc-law.com |
| Melissa S DiCerbo | on behalf of Creditor TIAA  FSB nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| Michael S. Kopelman | on behalf of Plaintiff John Sywilok kopelaw@kopelmannj.com |
| Michael S. Kopelman | on behalf of Trustee John Sywilok kopelaw@kopelmannj.com |
| Michael S. Kopelman | on behalf of Attorney Kopelman & Kopelman LLP kopelaw@kopelmannj.com |
| Michael S. Kopelman | on behalf of Interested Party John W Sywilok kopelaw@kopelmannj.com |
| Mitchell Hausman | on behalf of U.S. Trustee U.S. Trustee Mitchell.B.Hausman@usdoj.gov |
| Scott S. Rever | on behalf of Defendant Barry Roy Donaldson srever@wjslaw.com srever@ecf.inforuptcy.com;dmendez@wjslaw.com;dmendez@ecf.inforuptcy.com |
| Scott S. Rever | on behalf of Creditor Barry Roy Donaldson srever@wjslaw.com srever@ecf.inforuptcy.com;dmendez@wjslaw.com;dmendez@ecf.inforuptcy.com |
| Sherri Jennifer Smith | on behalf of Creditor BANK OF AMERICA  N.A. ssmith@pincuslaw.com, nj.bkecf@fedphe.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-2 User: admin Page 3 of 3
Date Rcvd: Dec 02, 2020 Form ID: 147 Total Noticed: 14
TOTAL: 19