# United States Bankruptcy Court

District of New Jersey

In re:   JOHN PATRICK O'GRADY,                     Case No. 19-19513-JKS

        Debtor                                                       Chapter 11

## NOTICE OF APPEAL AND STATEMENT OF ELECTION

### Part 1: Identify the appellants

1. Name(s) of appellants:
   Kopelman & Kopelman LLP and John W. Sywilok, former Chapter 7 Trustee for debtor John Patrick O'Grady

2. Position of appellants in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   | For appeals in an adversary proceeding. | For appeals in a bankruptcy case and not in an adversary proceeding |
   |---|---|
   | ☐ Plaintiff | ☐ Debtor |
   | ☐ Defendant | ☒ Creditor |
   | ☐ Other | ☒ Trustee |
   |  | ☐ Other |

### Part 2: Identify the subject of this appeal

1. Describe the judgment, order, or decree appealed from:
   Order Confirming Plan of Reorganization entered 12/02/2020 (Doc 173).

2. State the date on which the judgment, order, or decree was entered: The order was entered on 12/02/2020.

### Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys:

1

1. Party: <u>John Patrick O'Grady</u>  Attorney:  <u>John P. Di Iorio, Esq.</u>
   <u>Shapiro Croland Reiser Apfel & Di Iorio LLP</u>
   <u>411 Hackensack Avenue</u>
   <u>Hackensack, NJ 07601</u>

2. Party: <u>Barry R. Donaldson</u>  Attorney:  <u>Scott S. Rever, Esq.</u>
   <u>Wasserman Jurista & Stolz PC</u>
   <u>110 Allen Road, Suite 304</u>
   <u>Basking Ridge, NJ 07920</u>

3. Party: <u>Brian W. Hofmeister,</u>  Attorney:  <u>Brian W. Hofmeister, Esq.</u>
   <u>Law Firm Of Brian W. Hofmeister</u>
   <u>3131 Princeton Pike, Building 5, Suite 110</u>
   <u>Lawrenceville, NJ 08648</u>

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☒ Appellants elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

**Part 5: Sign below**

_[signature]_                                                    Date: <u>12/16/2020</u>
Signature of attorney for appellant
Name, address, and telephone number of attorney:

<u>Michael S. Kopelman, Esq.</u>
<u>Kopelman & Kopelman LLP</u>
<u>90 Main Street, Suite 205</u>
<u>Hackensack, NJ 07601</u>
<u>Tel: (201) 489-5500</u>