KOPELMAN & KOPELMAN LLP
90 Main Street, Suite 205
Hackensack, NJ 07601
Tel: 201 489-5500
Fax: 201489-7755
E-mail: kopelaw@kopelmanNJ.com
Michael S, Kopelman, Esq. (MK 6104)

|  |  |
|---|---|
| In Re: | UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| JOHN PATRICK O'GRADY, | CHAPTER 11 |
| Debtor. | CASE NO. 19-19513-JKS |
| JOHN W. SYWILOK, | ADV. PROC. NO.: 19-02213-JKS |
| Plaintiff, | DISTRICT COURT APPEAL |
| v. | CASE NO.: 2:20-cv-18906-MCA |
| John Patrick O'Grady, EverBank,<br>Bank of America, N.A., Internal Revenue<br>Service and Barry R. Donaldson, | |
| Defendants. | |

**DESIGNATION OF RECORD ON APPEAL
COMBINED WITH STATEMENT OF THE ISSUES
PURSUANT TO BANKRUPRTCY RULE 8009**

**A. DESIGNATION OF RECORD ON APPEAL in Adv. Proc. No. 19-02213**

| **Filing Date** | **#** | **Docket Text** |
|---|---|---|
| 10/24/2019 | 1 | Adversary case 19-02213. Complaint by John W. Sywilok against John Patrick O'Grady; EverBank; Bank of America NA; Internal Revenue Service; Barry Roy Donaldson. Fee Amount $350…(21 (Validity, priority or extent of lien or other interest in property)) (Attachments: # 1 Exhibit A # 2 Adversary Proceeding Cover Sheet # 3 Summons # 4 Pre Trial Instructions # 5 Joint Order Scheduling Pretrial Proceedings and Trial # 6 Joint Mediation Order) (Kopelman, Michael) (Entered: 10/24/2019) |

| 05/18/2020 | 19 | Order Staying Adversary Proceeding.  Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice.  Signed on 5/18/2020. (zlh) (Entered: 05/18/2020) |

## B.  DESIGNATION OF RECORD ON APPEAL in Case No. 19-19513

| Filing Date | # | Docket Text |
| --- | --- | --- |
| 09/21/2020 | 131 | Chapter 11 Small Business Plan Filed by John P. Di Iorio on behalf of John Patrick O'Grady. (Di Iorio, John) (Entered: 09/21/2020) |
| 10/13/2020 | 139 | In support of (related document: 119 Motion (Generic) filed by Attorney Kopelman & Kopelman LLP) filed by Michael S. Kopelman on behalf of Kopelman & Kopelman LLP. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Certification of Edith Josephson) (Kopelman, Michael) (Entered: 10/13/2020) |
| 10/16/2020 | 142 | Document re: Objection to confirmation of plan (related document: 131 Ch 11 Small Business Plan filed by Debtor John Patrick O'Grady, 139 Support filed by Attorney Kopelman & Kopelman LLP) filed by Michael S. Kopelman on behalf of Kopelman & Kopelman LLP. (Kopelman, Michael) Modified on 10/19/2020 (dmc). Incorect Event. (Entered: 10/16/2020) |
| 10/16/2020 | 145 | Response to (related document:139 in support of (related document: 119 Motion (Generic) filed by Attorney Kopelman & Kopelman LLP) filed by Michael S. Kopelman on behalf of Kopelman & Kopelman LLP. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Certification of Edith Josephson) filed by Attorney Kopelman & Kopelman LLP) filed by John P. Di Iorio on behalf of John Patrick O'Grady. (Attachments: # 1 Certification # 2 Exhibit A # 3 Exhibit B) (Di Iorio, John) (Entered: 10/16/2020) |
| 10/19/2020 | 146 | Objection to Confirmation of Plan (related document: 131 Chapter 11 Small Business Plan Filed by John P. Di Iorio on behalf of John Patrick O'Grady. (Di Iorio, John) filed by Debtor John Patrick O'Grady) filed by Michael S. Kopelman on behalf of Kopelman & Kopelman LLP. (Kopelman, Michael) (Entered: 10/19/2020) |
| 10/19/2020 | 147 | Response to (related document: 145 Response to (related document: 139 in support of (related document: 119 Motion (Generic) filed by Attorney Kopelman & Kopelman LLP) filed by Michael S. Kopelman on behalf of Kopelman & Kopelman LLP. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Certification of Edith Josephson) filed by Attorney Kopelman & Kopelman LLP) filed by John P. Di Iorio on behalf of John Patrick O'Grady. (Attachments: # 1 Certification # 2 Exhibit A # 3 Exhibit B) (Di Iorio, John) filed by Debtor John Patrick O'Grady) filed by Michael S. Kopelman on behalf of Kopelman & Kopelman LLP. (Attachments: # 1 Certification of Thomas Colitsas # 2 |

| | | |
|---|---|---|
| | | Exhibit A) (Kopelman, Michael) (Entered: 10/19/2020) |
| 10/20/2020 | 149 | Supplemental Objection to Confirmation of Plan (related document: 146 Objection to Confirmation of Plan (related document: 131 Chapter 11 Small Business Plan Filed by John P. Di Iorio on behalf of John Patrick O'Grady. (Di Iorio, John) filed by Debtor John Patrick O'Grady) filed by Michael S. Kopelman on behalf of Kopelman & Kopelman LLP. Filed by Attorney Kopelman & Kopelman LLP, 147 Response to (related document: 145 Response to (related document: 139 in support of (related document: 119 Motion (Generic) filed by Attorney Kopelman & Kopelman LLP) filed by Michael S. Kopelman on behalf of Kopelman & Kopelman LLP. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Certification of Edith Josephson) filed by Attorney Kopelman & Kopelman LLP) filed by John P. Di Iorio on behalf of John Patrick O'Grady. (Attachments: # 1 Certification # 2 Exhibit A # 3 Exhibit B) (Di Iorio, John) filed by Debtor John Patrick O'Grady) filed by Michael S. Kopelman on behalf of Kopelman & Kopelman LLP. (Attachments: # 1 Certification of Thomas Colitsas # 2 Exhibit A) filed by Attorney Kopelman & Kopelman LLP) filed by Michael S. Kopelman on behalf of Kopelman & Kopelman LLP. (Kopelman, Michael) (Entered: 10/20/2020) |
| 10/23/2020 | 152 | Amended Chapter 11 Small Business Plan Filed by John P. Di Iorio on behalf of John Patrick O'Grady. (Di Iorio, John) (Entered: 10/23/2020) |
| 10/23/2020 | 155 | Document re: Letter Regarding Confirmation Hearing (related document: 152 Ch 11 Small Business Plan filed by Debtor John Patrick O'Grady) filed by John P. Di Iorio on behalf of John Patrick O'Grady. (Di Iorio, John) (Entered: 10/23/2020) |
| 10/26/2020 | 156 | Document re: Letter (related document: 152 Ch 11 Small Business Plan filed by Debtor John Patrick O'Grady) filed by Michael S. Kopelman on behalf of Kopelman & Kopelman LLP. (Kopelman, Michael) (Entered: 10/26/2020) |
| 11/03/2020 | 160 | Objection to Confirmation of Plan (related document: 152 Amended Chapter 11 Small Business Plan Filed by John P. Di Iorio on behalf of John Patrick O'Grady. (Di Iorio, John) filed by Debtor John Patrick O'Grady) filed by Michael S. Kopelman on behalf of Kopelman & Kopelman LLP. (Kopelman, Michael) (Entered11/03/2020) |
| 11/04/2020 | 162 | Amended Objection to Confirmation of Plan (related document: 152 Amended Chapter 11 Small Business Plan Filed by John P. Di Iorio on behalf of John Patrick O'Grady. (Di Iorio, John) filed by Debtor John Patrick O'Grady, 160 Objection to Confirmation of Plan (related document: 152 Amended Chapter 11 Small Business Plan Filed by John P. Di Iorio on behalf of John Patrick O'Grady. (Di Iorio, John) filed by Debtor John Patrick O'Grady) filed by Michael S. Kopelman on behalf of Kopelman & Kopelman LLP. filed by Attorney Kopelman & Kopelman LLP) filed by Michael S. Kopelman on behalf of Kopelman & Kopelman LLP. (Kopelman, Michael) (Entered11/04/2020) |

| | | |
|---|---|---|
| 11/16/2020 | 168 | Document re: Letter filed by Michael S. Kopelman on behalf of Kopelman & Kopelman LLP. (Kopelman, Michael) (Entered: 11/16/2020) |
| 12/02/2020 | 173 | Order Confirming Chapter 11 Plan (related document: 152 Ch 11 Small Business Plan filed by Debtor John Patrick O'Grady, 157 Order Setting Deadlines and Scheduling Confirmation Hearing (Subchapter V)). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 12/2/2020. (zlh) (Entered: 12/02/2020) |
| 12/16/2020 | 180 | Notice of Appeal to District Court. (related document: 173 Order Confirming Chapter 11 Plan). Fee Amount $298. Filed by Michael S. Kopelman on behalf of Kopelman & Kopelman LLP, John W. Sywilok. Appellant Designation due by 12/30/2020. Transmission of Designation Due by 01/15/2021. (Kopelman, Michael) (Entered: 12/16/2020) |
| | | Transcript regarding Hearing Held 11/10/2020 (related document: Hearing Held). (Tracy Gribben Transcription) (Entered:  / /2020 ) |

## C.  STATEMENT OF THE ISSUES TO BE PRESENTED ON APPEAL

1. Debtor did not bear his burden of proof that his amended plan satisfied all applicable confirmation requirements under 11 U.S.C. § 1129 (a) and 11 U.S.C. § 1191 of the Bankruptcy Code.

A) 11 U.S.C. § 1129 (a)(3) was not satisfied because Debtor's amended plan was not proposed in good faith and neither with honesty nor good intentions.

B) 11 U.S.C. § 1129 (a)(11) was not satisfied because Debtor did not prove that his amended plan is not likely to be followed by liquidation of the Debtor.

C) 11 U.S.C. § 1191 (3)(A)(1) was not satisfied because Debtor did not bear his burden of proof that he will be able to make or that there is a reasonable likelihood that he will be able to make all payment sunder his amended plan.

2. Order of confirmation improperly contains a settlement with creditor Barry R. Donaldson because no Notice of Settlement of case or Controversy pursuant to D.N.J. L.B.R. 9019-3 was filed or prosecuted.

3. Assuming, arguendo, that filing and prosecuting Notice of Settlement of Case or Controversy was not required, the record contains no or inadequate findings that the factors set forth in *In re Martin*, 91 F. 3d 989, 993 (3d Cir. 1996) were properly satisfied.

4. The Court should not have stayed the adversary proceeding the former Chapter 7 Trustee initiated against Barry R. Donaldson to void his alleged lien. Administrative creditor Kopelman & Kopelman LLP had standing to pursue it in the converted Chapter 11 case pursuant to Official Committee of Unsecured Creditors of *Cybergenics Corp. ex rel Cybergenics Corp. v. Chinery*, 330. F. 3d 548, 564-66 (3d Cir. 2003).

                  Respectfully submitted,

                  KOPELMAN & KOPELMAN LLP

Dated: December 23, 2020      BY:  /s/ Michael S. Kopelman
                  Michael S. Kopelman, Esq.
                  *Attorneys for former Chapter 7 Trustee*
                  *John W. Sywilok and Administrative Creditor*
                  *Kopelman & Kopelman LLP*