UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

KOPELMAN & KOPELMAN LLP
90 Main Street, Suite 205
Hackensack, NJ 07601
Tel: 201 489-5500
Fax: 201489-7755
Michael S. Kopelman, Esq. (MSK 6104)
Attorneys for John W. Sywilok, former Ch. 7 Trustee

In Re:

JOHN PATRICK O'GRADY

FILED
JEANNE A. NAUGHTON, CLERK
JAN. 15, 2021
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY: *Ronnie Plasner*
JUDICIAL ASSISTANT

Case No.: 19-19513

Chapter: 11

Judge: JKS

**ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE**

(For Matters Heard During Operation of the United States Bankruptcy Court's Amended General Order Regarding Court Operations Under Exigent Circumstances Caused by Coronavirus (COVID-19)

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

Dated: January 15, 2021

HONORABLE JOHN K. SHERWOOD
UNITED STATES BANKRUPTCY JUDGE

After review of the application of __John W. Sywilok, Chapter 7 Trustee__ for a reduction of time for a hearing on __motion to reconvert case to Chapter 7 (Doc. 192)__ under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on __January 21, 2021__ at __10:00 am__ in the United States Bankruptcy Court, __50 Walnut Street, Newark, NJ__, Courtroom No. __3D__ .

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: __U.S. Trustee (Att'n: Mitchell Hausman, Esq.); John P. Di Iorio, Esq. (Counsel for Debtor); Brian W. Hofmeister, Esq. (Chapter 11 Trustee); Scott S. Rever, Esq. (Counsel for Barry Donaldson); all other secured creditors; the Internal Revenue Service; and all parties requesting notice__

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax, ☒ overnight mail, ☐ regular mail, ☐ email, ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties: ~~All other creditors and parties in interest.~~

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax, ☐ overnight mail, ☒ regular mail, ☐ email, ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☐ is not required

☒ must be provided to __Counsel for Debtor and the U.S. Trustee__

☒ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to said motion/application identified above:

    ☒ must be filed with the Court and served on all parties in interest by electronic or overnight mail \_\_\_\_1\_\_\_\_ day(s) prior to the scheduled hearing; or

    ☐ may be presented orally at the hearing in the manner prescribed below.

8. For motions/applications being heard on shortened time during the time period in which the New Jersey Bankruptcy Court's Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19) is operative, any party who wishes to prosecute or oppose the motion/application, or otherwise listen in, must appear by phone, unless instructed otherwise.

    ☒ Parties are directed to make arrangements to appear telephonically via Court Solutions.(https://www.court-solutions.com/ or dial 917-746-7476)

    ☐ Other:

*rev.3/23/20*