Form tsntc

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.:  19−19513−JKS
                Chapter:  11
                Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   John Patrick O'Grady
   91 Midvale Mountain Rd.
   Mahwah, NJ 07430

Social Security No.:
   xxx−xx−4694

Employer's Tax I.D. No.:

### Notice That a Transcript Has Been Filed

     You are Noticed that a Transcript has been filed on 2/2/21. Pursuant to the Judicial Conference Policy on Privacy, access to this transcript is restricted for a period of ninety days from the date of filing. The transcript may be viewed at the Bankruptcy Court Clerk's Office. [For information about how to contact the transcriber, please call the Clerk's Office] All parties have seven business days to file a Request for Redaction of any social security numbers, financial account data, names of minor−age children, dates of birth, and home addresses. If redaction is requested, the filing party has twenty−one calendar days from the date the transcript was filed to file a list of items to be redacted indicating the location of the identifiers within the transcript with the court and to provide the list to the transcriber. The transcriber has thirty−one days from the date the list of items to be redacted was filed to file the redacted version of the transcript with the court . If no request is filed, the transcript will be made electronically available to the general public after the ninety days.

Dated: February 9, 2021
JAN:

                                                          Jeanne Naughton
                                                          Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
John Patrick O'Grady  
    Debtor

Case No. 19-19513-JKS  
Chapter 11

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Feb 09, 2021 | Form ID: tsntc | Total Noticed: 8 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 11, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John Patrick O'Grady, 91 Midvale Mountain Rd., Mahwah, NJ 07430-2709 |
| aty | ++ | KOPELMAN & KOPELMAN LLP, 90 MAIN STREET SUITE 205, HACKENSACK NJ 07601-7129 address filed with court:, Kopelman & Kopelman LLP, 55 Main Street, Hackensack, NJ 07601 |
| aty | + | Shapiro, Croland, Reiser, Apfel & Di Iorio, LLP, 411 Hackensac Avenue, Hackensack, NJ 07601-6328 |
| cr | + | BANK OF AMERICA, N.A., Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| app | + | Edith Josephson, RE/MAX Real Estate Limited, 297 Kinderkamack Rd., Oradell, NJ 07649-1538 |
| intp | + | John W Sywilok, c/o Kopelman & Kopelman LLP, 90 Main Street, Suite 205, Hackensack, NJ 07601-7129 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 09 2021 21:00:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 09 2021 21:00:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| r | *+ | Edith Josephson, RE/MAX Real Estate Limited, 297 Kinderkamack Rd., Oradell, NJ 07649-1538 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 11, 2021       Signature: /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 2, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian W. Hofmeister | bwh@hofmeisterfirm.com J119@ecfcbis.com |
| Denise E. Carlon | on behalf of Creditor BANK OF AMERICA N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Heather Elizabeth Saydah | on behalf of Defendant Bank of America NA HSaydah@winston.com docketny@winston.com;heather-saydah-6555@ecf.pacerpro.com |
| James French | on behalf of Defendant TIAA FSB jfrench@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| James French | on behalf of Defendant EverBank jfrench@mwc-law.com nj-ecfmail@ecf.courtdrive.com |
| James French | on behalf of Creditor TIAA FSB jfrench@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| John P. Di Iorio | on behalf of Debtor John Patrick O'Grady jdiiorio@shapiro-croland.com |
| Lauren Moyer | on behalf of Creditor TIAA FSB lmoyer@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| Marisa Myers Cohen | on behalf of Creditor TIAA FSB ecfmail@ecf.courtdrive.com, jhillier@mwc-law.com |
| Melissa S DiCerbo | on behalf of Creditor TIAA FSB nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| Michael S. Kopelman | on behalf of Plaintiff John Sywilok kopelaw@kopelmannj.com |
| Michael S. Kopelman | on behalf of Trustee John Sywilok kopelaw@kopelmannj.com |
| Michael S. Kopelman | on behalf of Attorney Kopelman & Kopelman LLP kopelaw@kopelmannj.com |
| Michael S. Kopelman | on behalf of Interested Party John W Sywilok kopelaw@kopelmannj.com |
| Mitchell Hausman | on behalf of U.S. Trustee U.S. Trustee Mitchell.B.Hausman@usdoj.gov |
| Scott S. Rever | on behalf of Defendant Barry Roy Donaldson srever@genovaburns.com srever@ecf.inforuptcy.com;dmendez@genovaburns.com;dmendez@ecf.inforuptcy.com |
| Scott S. Rever | on behalf of Creditor Barry Roy Donaldson srever@genovaburns.com srever@ecf.inforuptcy.com;dmendez@genovaburns.com;dmendez@ecf.inforuptcy.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 18