UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
_____

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Case No.: _____

Chapter: _____

Adv. No.: _____

Hearing Date: _____

Judge: _____

## CERTIFICATION OF SERVICE

1.  I, _____ :

    ☐ represent _____ in this matter.

    ☐ am the secretary/paralegal for _____, who represents
    _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2.     On _____, I sent a copy of the following pleadings and/or documents
    to the parties listed in the chart below.

3.     I certify under penalty of perjury that the above documents were sent using the mode of service
    indicated.

Date: _____          _____
                                         Signature

Mitchell Hausman, Esq.
Office of the United States Trustee
1085 Raymond Blvd
One Newark Center, Suite 2100
Newark, NJ 07102-5504

TIAA Bank
Home Lending and Servicing
301 West Bay Street
Jacksonville, FL 32202

Bank of America
Home Equity Loss Mitigation
100 N. Tryon Street
Charlotte, NC 28255

John Patrick O'Grady
91 Midvale Mountain Rd.
Mahwah, NJ 07430

Takako O'Grady
91 Midvale Mountain Rd.
Mahwah, NJ 07430

Dept. of the Treasury
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Attn: Ruth Ayling
51 Haddonfield Rd., Ste. 300
Cherry Hill, NJ 08002

John W. Sywilok, Esq.
JOHN W. SYWILOK, LLC
52 Main Street
Hackensack, NJ 07601

Brian W. Hofmeister, Esq.
Law Firm of Brian W. Hofmeister, LLC
3131 Princeton Pike, Bldg. 5, Ste. 110
Lawrenceville, NJ 08648

John P. Di Iorio, Esq.
Shapiro Croland Reiser Apfel & Di
Iorio LLP
411 Hackensack, Ave
Hackensack, NJ 07601

James French, Esq.
McCabe, Weisberg & Conway LLC
216 Haddon Ave. Ste. 201
Westmont, NJ 08108

Denise Carlon, Esq.
KLM Law Group, PC
701 Market Street, Ste. 5000
Philadelphia, PA 19106

Scott S. Rever, Esq.
Wasserman Jurista & Stolz, PC
110 Allen Road, Ste. 304
Basking Ridge, NJ 07920

Thomas Colitsas
Thomas Colitsas & Associates, PA
103 Carnegie Center, Suite 309
Princeton, NJ 08540

James Colitsas
Thomas Colitsas & Associates, PA
103 Carnegie Center, Suite 309
Princeton, NJ 08540

American Express Corporation
PO Box 891535
El Paso, TX 79998

Discover Financial Services
PO Box 6103
Carol Stream, IL 60197

Edith Josephson
REMAX Real Estate Ltd.
297 Kinderkamack Road
Oradell, NJ 07649