UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Case No.: _____

Chapter: _____

Adv. No.: _____

Hearing Date: _____

Judge: _____

## CERTIFICATION OF SERVICE

1. I, _____ :

    ☐ represent _____ in this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On _____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: _____    _____
                                                                        Signature

| | | |
|---|---|---|
| Mitchell Hausman, Esq.<br>Office of the United States Trustee<br>1085 Raymond Blvd<br>One Newark Center, Suite 2100<br>Newark, NJ 07102-5504 | TIAA Bank<br>Home Lending and Servicing<br>301 West Bay Street<br>Jacksonville, FL 32202 | Bank of America<br>Home Equity Loss Mitigation<br>100 N. Tryon Street<br>Charlotte, NC 28255 |
| John Patrick O'Grady<br>91 Midvale Mountain Rd.<br>Mahwah, NJ 07430 | Takako O'Grady<br>91 Midvale Mountain Rd.<br>Mahwah, NJ 07430 | Dept. of the Treasury<br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Internal Revenue Service<br>Attn: Ruth Ayling<br>51 Haddonfield Rd., Ste. 300<br>Cherry Hill, NJ 08002 | John W. Sywilok, Esq.<br>JOHN W. SYWILOK, LLC<br>52 Main Street<br>Hackensack, NJ 07601 | Brian W. Hofmeister, Esq.<br>Law Firm of Brian W. Hofmeister, LLC<br>3131 Princeton Pike, Bldg. 5, Ste. 110<br>Lawrenceville, NJ 08648 |
| John P. Di Iorio, Esq.<br>Shapiro Croland Reiser Apfel & Di Iorio LLP<br>411 Hackensack, Ave<br>Hackensack, NJ 07601 | James French, Esq.<br>McCabe, Weisberg & Conway LLC<br>216 Haddon Ave. Ste. 201<br>Westmont, NJ 08108 | Denise Carlon, Esq.<br>KLM Law Group, PC<br>701 Market Street, Ste. 5000<br>Philadelphia, PA 19106 |
| Scott S. Rever, Esq.<br>Wasserman Jurista & Stolz, PC<br>110 Allen Road, Ste. 304<br>Basking Ridge, NJ 07920 | Thomas Colitsas<br>Thomas Colitsas & Associates, PA<br>103 Carnegie Center, Suite 309<br>Princeton, NJ 08540 | James Colitsas<br>Thomas Colitsas & Associates, PA<br>103 Carnegie Center, Suite 309<br>Princeton, NJ 08540 |
| American Express Corporation<br>PO Box 891535<br>El Paso, TX 79998 | Discover Financial Services<br>PO Box 6103<br>Carol Stream, IL 60197 | Edith Josephson<br>REMAX Real Estate Ltd.<br>297 Kinderkamack Road<br>Oradell, NJ 07649 |