**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**SHAPIRO, CROLAND, REISER
 APFEL & DI IORIO, LLP**
John P. Di Iorio, Esq.
411 Hackensack Avenue
Hackensack, NJ 07601
(201) 488-3900
Attorneys for Debtor

Order Filed on March 26, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

JOHN PATRICK O'GRADY,

                    Debtor.

Chapter 7

Case No.: 19-19513-JKS

Hearing Date: February 2, 2021
                    at 10:00 a.m.

**ORDER AUTHORIZING SHAPIRO, CROLAND, REISER, APFEL
& DI IORIO, LLP TO WITHDRAW AS COUNSEL TO DEBTOR**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED.**

**DATED: March 26, 2021**

Honorable John K. Sherwood
United States Bankruptcy Court

873716.1

**(Page 2)**

| | |
|---|---|
| Debtor: | John Patrick O'Grady |
| Case No. | 19-19513-JKS |
| Caption: | Order Authorizing Shapiro, Croland, Reiser, Apfel & Di Iorio, LLP to Withdraw as Counsel to Debtor |

---

THIS matter having come before the Court upon the motion of Shapiro, Croland, Reiser, Apfel & Di Iorio, LLP ("Shapiro Croland") for entry of an order authorizing Shapiro Croland to withdraw as counsel for John Patrick O'Grady ("Debtor"); and the Court having considered the declaration of John P. Di Iorio submitted in support of the motion and any opposition filed thereto; and for good cause shown; it is on this _____ day of February, 2021

ORDERED that Shapiro Croland be and it is hereby authorized to withdraw as counsel for Debtor.