UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

SHAPIRO, CROLAND, REISER
 APFEL & DI IORIO, LLP
John P. Di Iorio, Esq.
411 Hackensack Avenue
Hackensack, NJ 07601
(201) 488-3900
Attorneys for Debtor

Order Filed on March 26, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

JOHN PATRICK O'GRADY,

Debtor.

Chapter 7

Case No.: 19-19513-JKS

Hearing Date: February 2, 2021
at 10:00 a.m.

### ORDER AUTHORIZING SHAPIRO, CROLAND, REISER, APFEL & DI IORIO, LLP TO WITHDRAW AS COUNSEL TO DEBTOR

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: March 26, 2021**

Honorable John K. Sherwood
United States Bankruptcy Court

873716.1

**(Page 2)**
Debtor:     John Patrick O'Grady
Case No.    19-19513-JKS
Caption:    Order Authorizing Shapiro, Croland, Reiser, Apfel & Di Iorio, LLP to Withdraw as Counsel to Debtor

---

THIS matter having come before the Court upon the motion of Shapiro, Croland, Reiser, Apfel & Di Iorio, LLP ("Shapiro Croland") for entry of an order authorizing Shapiro Croland to withdraw as counsel for John Patrick O'Grady ("Debtor"); and the Court having considered the declaration of John P. Di Iorio submitted in support of the motion and any opposition filed thereto; and for good cause shown; it is on this _____ day of February, 2021

ORDERED that Shapiro Croland be and it is hereby authorized to withdraw as counsel for Debtor.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-19513-JKS |
| John Patrick O'Grady | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 26, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John Patrick O'Grady, 91 Midvale Mountain Rd., Mahwah, NJ 07430-2709 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Mar 28, 2021 | Signature: | /s/Joseph Speetjens |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian W. Hofmeister | bwh@hofmeisterfirm.com  J119@ecfcbis.com |
| Denise E. Carlon | on behalf of Creditor BANK OF AMERICA  N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Heather Elizabeth Saydah | on behalf of Defendant Bank of America NA HSaydah@winston.com docketny@winston.com;heather-saydah-6555@ecf.pacerpro.com |
| James French | on behalf of Creditor TIAA  FSB jfrench@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| James French | on behalf of Defendant TIAA  FSB jfrench@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| James French | |

District/off: 0312-2  User: admin  Page 2 of 2
Date Rcvd: Mar 26, 2021  Form ID: pdf903  Total Noticed: 1

| | |
|---|---|
| | on behalf of Defendant EverBank jfrench@mwc-law.com nj-ecfmail@ecf.courtdrive.com |
| John P. Di Iorio | |
| | on behalf of Debtor John Patrick O'Grady jdiiorio@shapiro-croland.com |
| Lauren Moyer | |
| | on behalf of Creditor TIAA FSB lmoyer@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| Marisa Myers Cohen | |
| | on behalf of Creditor TIAA FSB ecfmail@ecf.courtdrive.com, jhillier@mwc-law.com |
| Melissa S DiCerbo | |
| | on behalf of Creditor TIAA FSB nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| Michael S. Kopelman | |
| | on behalf of Attorney Kopelman & Kopelman LLP kopelaw@kopelmannj.com |
| Michael S. Kopelman | |
| | on behalf of Interested Party John W Sywilok kopelaw@kopelmannj.com |
| Michael S. Kopelman | |
| | on behalf of Plaintiff John Sywilok kopelaw@kopelmannj.com |
| Michael S. Kopelman | |
| | on behalf of Trustee John Sywilok kopelaw@kopelmannj.com |
| Mitchell Hausman | |
| | on behalf of U.S. Trustee U.S. Trustee Mitchell.B.Hausman@usdoj.gov |
| Scott S. Rever | |
| | on behalf of Creditor Barry Roy Donaldson srever@genovaburns.com srever@ecf.inforuptcy.com;dmendez@genovaburns.com;dmendez@ecf.inforuptcy.com |
| Scott S. Rever | |
| | on behalf of Defendant Barry Roy Donaldson srever@genovaburns.com srever@ecf.inforuptcy.com;dmendez@genovaburns.com;dmendez@ecf.inforuptcy.com |
| U.S. Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 18