UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Order Filed on March 31, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

KOPELMAN & KOPELMAN LLP
90 Main Street, Suite 205
Hackensack, NJ 07601
Tel: 201 489-5500
Fax: 201489-7755
Michael S. Kopelman, Esq. (MSK 6104)
*Attorneys for John W. Sywilok, former Chapter 7 Trustee*

In Re:

JOHN PATRICK O'GRADY

      Debtor

CHAPTER 11

CASE NO. 19-19513

JUDGE: John K. Sherwood

Hearing Date: 2/23/2021 at 10:00 a.m.

## ORDER

The relief set forth in the following page two (2) is hereby **ORDERED**.

**DATED: March 31, 2021**

Honorable John K. Sherwood
United States Bankruptcy Court

**THIS MATTER** being opened to the Court via Court Solutions by Kopelman & Kopelman LLP (Michael S. Kopelman, Esq. appearing) attorneys for former Chapter 7 Trustee, John W. Sywilok, in the presence of John P. Di Iorio, appearing on February 9, 2021 and due notice to all parties in interest having been given and the Court having considered former Chapter 7 Trustee's motion to reconvert to Chapter 7.

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The motion to reconvert to Chapter 7 be and is hereby GRANTED.

2. The United States Trustee shall forthwith appoint a chapter 7 trustee.

3. The issue as to the use and occupancy payments due to the Chapter 7 trustee shall remain open.

4. The Clerk shall serve notice of the entry of this order upon the Debtor, the Debtor's attorney, the United States Trustee and any other party who entered an appearance in this matter.