UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Order Filed on March 31, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

KOPELMAN & KOPELMAN LLP
90 Main Street, Suite 205
Hackensack, NJ 07601
Tel: 201 489-5500
Fax: 201489-7755
Michael S. Kopelman, Esq. (MSK 6104)
*Attorneys for John W. Sywilok, former Chapter 7 Trustee*

In Re:

JOHN PATRICK O'GRADY

        Debtor

CHAPTER 11

CASE NO. 19-19513

JUDGE: John K. Sherwood

Hearing Date: 2/23/2021 at 10:00 a.m.

**ORDER**

The relief set forth in the following page two (2) is hereby **ORDERED**.

**DATED: March 31, 2021**

_____

Honorable John K. Sherwood
United States Bankruptcy Court

**THIS MATTER** being opened to the Court via Court Solutions by Kopelman & Kopelman LLP (Michael S. Kopelman, Esq. appearing) attorneys for former Chapter 7 Trustee, John W. Sywilok, in the presence of John P. Di Iorio, appearing on February 9, 2021 and due notice to all parties in interest having been given and the Court having considered former Chapter 7 Trustee's motion to reconvert to Chapter 7.

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The motion to reconvert to Chapter 7 be and is hereby GRANTED.

2. The United States Trustee shall forthwith appoint a chapter 7 trustee.

3. The issue as to the use and occupancy payments due to the Chapter 7 trustee shall remain open.

4. The Clerk shall serve notice of the entry of this order upon the Debtor, the Debtor 's attorney, the United States Trustee and any other party who entered an appearance in this matter.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                          Case No. 19-19513-JKS
John Patrick O'Grady                                                                                Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 31, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 02, 2021:**

**Recip ID        Recipient Name and Address**
db                  + John Patrick O'Grady, 91 Midvale Mountain Rd., Mahwah, NJ 07430-2709

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 02, 2021                      Signature:           /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 31, 2021 at the address(es) listed below:

**Name**                                      **Email Address**

Brian W. Hofmeister
    bwh@hofmeisterfirm.com  J119@ecfcbis.com

Denise E. Carlon
    on behalf of Creditor BANK OF AMERICA   N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Heather Elizabeth Saydah
    on behalf of Defendant Bank of America NA HSaydah@winston.com
    docketny@winston.com;heather-saydah-6555@ecf.pacerpro.com

James French
    on behalf of Defendant TIAA   FSB jfrench@mwc-law.com, nj-ecfmail@ecf.courtdrive.com

James French
    on behalf of Creditor TIAA   FSB jfrench@mwc-law.com, nj-ecfmail@ecf.courtdrive.com

James French

| | |
|---|---|
| | on behalf of Defendant EverBank jfrench@mwc-law.com nj-ecfmail@ecf.courtdrive.com |
| Lauren Moyer | on behalf of Creditor TIAA FSB lmoyer@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| Marisa Myers Cohen | on behalf of Creditor TIAA FSB ecfmail@ecf.courtdrive.com, jhillier@mwc-law.com |
| Melissa S DiCerbo | on behalf of Creditor TIAA FSB nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| Michael S. Kopelman | on behalf of Interested Party John W Sywilok kopelaw@kopelmannj.com |
| Michael S. Kopelman | on behalf of Plaintiff John Sywilok kopelaw@kopelmannj.com |
| Michael S. Kopelman | on behalf of Trustee John Sywilok kopelaw@kopelmannj.com |
| Michael S. Kopelman | on behalf of Attorney Kopelman & Kopelman LLP kopelaw@kopelmannj.com |
| Mitchell Hausman | on behalf of U.S. Trustee U.S. Trustee Mitchell.B.Hausman@usdoj.gov |
| Scott S. Rever | on behalf of Creditor Barry Roy Donaldson srever@genovaburns.com srever@ecf.inforuptcy.com;dmendez@genovaburns.com;dmendez@ecf.inforuptcy.com |
| Scott S. Rever | on behalf of Defendant Barry Roy Donaldson srever@genovaburns.com srever@ecf.inforuptcy.com;dmendez@genovaburns.com;dmendez@ecf.inforuptcy.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 17