UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | : | CHAPTER 7 |
| | : | |
| John Patrick O'Grady, | : | |
| | : | CASE NO.: 19-19513 (JKS) |
| | : | |
| Debtor. | : | |
| _____ | : | |

John Sywilok, Esq.
52 Main Street
Hackensack, NJ 07601

**NOTICE OF APPOINTMENT OF TRUSTEE**

The United States Trustee hereby appoints John Sywilok, Esq., to serve as the chapter 7 trustee of the above-captioned bankruptcy estate.

                                ANDREW R. VARA
                                UNITED STATES TRUSTEE
                                REGION 3 and 9


                        By:     */s/ Martha R. Hildebrandt*
                                Martha R. Hildebrandt
                                Assistant United States Trustee


Dated: April 5, 2021