**LAW OFFICES**
## JOHN W. SYWILOK LLC
52 MAIN STREET
HACKENSACK, NJ 07601
201-487-9390
SYWILOKATTORNEY@SYWILOK.COM

JOHN W. SYWILOK, ESQ.
*NJ & NY BAR

April 20, 2021

Honorable John K. Sherwood
United States Bankruptcy Judge
50 Walnut Street
3rd Floor
Newark, NJ 07102

Via ecf and e-mail to chambers

Re: John O'Grady
Case No. 19-19513

Dear Judge Sherwood:

Please note that I am the Chapter 7 Trustee of the above named debtor having been appointed on April 5, 2021. An application was filed by me to retain Kopelman & Kopelman LLP on April 13, 2021 as attorneys to the Trustee. I am withdrawing that application.

Very Truly Yours,

_John W. Sywilok_
John W. Sywilok, Chapter 7 Trustee