UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

John W. Sywilok, Esq.
Chapter 7 Trustee
52 Main Street
Hackensack, NJ 07601
(201) 487-9390

Order Filed on June 2, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
JOHN PATRICK O'GRADY

Case No.:     19-19513
Chapter:          7
Judge:       John K. Sherwood

## ORDER AUTHORIZING RETENTION OF

ANDREA LEVY

The relief set forth on the following page is **ORDERED**.

DATED: June 2, 2021

Honorable John K. Sherwood
United States Bankruptcy Court

Upon the applicant's request for authorization to retain _____Andrea Levy_____
as _____Realtor to Chapter 7 Trustee_____, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.

   The professional's address is:  Weichert, Realtors-Wyckoff

   391 Franklin Avenue

   Wyckoff, NJ 07481

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*