UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

John W. Sywilok, Esq.
Chapter 7 Trustee
52 Main Street
Hackensack, NJ 07601
(201) 487-9390

Order Filed on June 2, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

JOHN PATRICK O'GRADY

Case No.: _____19-19513_____

Chapter: _____7_____

Judge: ____John K. Sherwood____

## ORDER AUTHORIZING RETENTION OF

_____ANDREA LEVY_____

The relief set forth on the following page is **ORDERED**.

**DATED: June 2, 2021**

Honorable John K. Sherwood
United States Bankruptcy Court

Upon the applicant's request for authorization to retain _____ Andrea Levy _____

as _____ Realtor to Chapter 7 Trustee _____, it is hereby ORDERED:

1.  The applicant is authorized to retain the above party in the professional capacity noted.
    The professional's address is:    Weichert, Realtors-Wyckoff _____

                                      391 Franklin Avenue _____

                                      Wyckoff, NJ 07481 _____

2.  Compensation will be paid in such amounts as may be allowed by the Court on proper
    application(s).

3.  If the professional requested a waiver as noted below, it is ☐ Granted  ☐ Denied.

    ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

    ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter
    13 case. Payment to the professional may only be made after satisfactory completion of
    services.

4.  The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-19513-JKS
John Patrick O'Grady                                                      Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                      User: admin                              Page 1 of 2
Date Rcvd: Jun 03, 2021                   Form ID: pdf903                       Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 05, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John Patrick O'Grady, 91 Midvale Mountain Rd., Mahwah, NJ 07430-2709 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 05, 2021                    Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 3, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor BANK OF AMERICA  N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Heather Elizabeth Saydah | on behalf of Defendant Bank of America NA HSaydah@winston.com docketny@winston.com;heather-saydah-6555@ecf.pacerpro.com |
| James French | on behalf of Creditor TIAA  FSB jfrench@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| James French | on behalf of Defendant TIAA  FSB jfrench@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| James French | on behalf of Defendant EverBank jfrench@mwc-law.com  nj-ecfmail@ecf.courtdrive.com |
| John Sywilok | sywilokattorney@sywilok.com  nj26@ecfcbis.com |

Lauren Moyer
on behalf of Creditor TIAA  FSB lmoyer@mwc-law.com, nj-ecfmail@ecf.courtdrive.com

Marisa Myers Cohen
on behalf of Creditor TIAA  FSB ecfmail@ecf.courtdrive.com, jhillier@mwc-law.com

Melissa S DiCerbo
on behalf of Creditor TIAA  FSB nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com

Michael S. Kopelman
on behalf of Attorney Kopelman & Kopelman LLP kopelaw@kopelmannj.com

Michael S. Kopelman
on behalf of Interested Party John W Sywilok kopelaw@kopelmannj.com

Michael S. Kopelman
on behalf of Plaintiff John Sywilok kopelaw@kopelmannj.com

Michael S. Kopelman
on behalf of Trustee John Sywilok kopelaw@kopelmannj.com

Mitchell Hausman
on behalf of U.S. Trustee U.S. Trustee Mitchell.B.Hausman@usdoj.gov

Scott S. Rever
on behalf of Creditor Barry Roy Donaldson srever@genovaburns.com
srever@ecf.inforuptcy.com;dmendez@genovaburns.com;dmendez@ecf.inforuptcy.com

Scott S. Rever
on behalf of Defendant Barry Roy Donaldson srever@genovaburns.com
srever@ecf.inforuptcy.com;dmendez@genovaburns.com;dmendez@ecf.inforuptcy.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 17