| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in compliance with D.N.J. LBR 9004-2(c)<br><br>John W. Sywilok, Esq. (JS 2289)<br>Chapter 7 Trustee<br>52 Main Street<br>Hackensack, NJ 07601<br>(201) 487-9390 | Chapter 7 |
| In Re:<br><br>JOHN P. O'GRADY<br><br>Debtor. | Case No. 19-19513<br><br>Hearing Date: None<br><br>Judge: John K. Sherwood |

## NOTICE OF WITHDRAWL OF TRUSTEE'S REPORT OF NO DISTRIBUTION

JOHN W. SYWILOK, of full age, does hereby states as follows:

1. The Petition herein was filed on May 9, 2019 as a Chapter 7..

2. The case was converted to a Chapter 11 om May 18, 2020.

3. The No Distribution Report was filed by me as Chapter 7 Trustee on December 10, 2020.

4. The case was reconverted to a Chapter 7 on March 31, 2021 and I was reappointed the Chapter 7 Trustee.

5. As a result I request that the prior Report of No Distribution Report be withdrawn.

Dated: June 17, 2021

John W. Sywilok, Chapter 7 Trustee