**KOPELMAN & KOPELMAN LLP**
*A PARTNERSHIP FOR THE PRACTICE OF LAW*
90 MAIN STREET, SUITE 205
HACKENSACK, NEW JERSEY 07601-7001
TELEPHONE (201) 489-5500
TELECOPIER (201) 489-7755
E-MAIL kopelaw@kopelmannj.com

MICHAEL S. KOPELMAN
   MEMBER NJ AND NY BARS
CAROL WEINFLASH KOPELMAN
   MEMBER NJ BAR

NEW YORK OFFICE
ONE PENN PLAZA, SUITE 2414
NEW YORK, NEW YORK 10119
(212) 629-0733

July 14, 2021

***VIA ECF***
Honorable John K. Sherwood, U.S.B.J.
United States Bankruptcy Court
50 Walnut Street, Courtroom 3D
Newark, NJ 07102

**Re: John Patrick O'Grady, CH 7, Case No. 19-19513-JKS**
    **Hearing Date: 7/20/2021 at 10:00 a.m.**
    **re: Errata**

Dear Judge Sherwood:

With respect to our opposition to the Trustee's Notice Of Motion To Approve Settlement (Doc 221) filed yesterday (Doc 227), please note the following inadvertent errors.

- Page 2 line 1 change "the Chapter 11 Debtor" to "the estate".
- The total appearing in objection #2 should be $252,345.40 and not $228,785.72.

The correct claims are:

1. **$124,983.24** - Kopelman & Kopelman LLP - administrative claim. See amended administrative claim filed 6/11/21. (Claim 4).
2. **$42,805.22 -** Shapiro Croland - administrative claim. See Fee Application filed 12/8/20 (Doc 178). (Exclusive of $10,000.00 retainer already paid.)
3. **$6,765.00 -** Brian W. Hofmeister - administrative claim. See Fee Application filed 12/2/20 (Doc 174).

4. **$2,857.50 -** Thomas Colitsas & Associates P.A. - administrative claim. See administrative claim filed 6/11/21 (Claim 6).
5. **$40,959.44** - I.R.S. – Unsecured priority claim of $17,399.76.  Unsecured general claim of $23,559.68.  Total: $40,959.44.  See amended proof of claim filed 5/22/20. (Claim   2).
6. **$8,500.00 -** American Express. See Debtor's schedules filed 5/21/19. (Doc 10).
7. **$2,500.00 -** Discover Financial Services.  See Debtor's schedules filed 5/21/19. (Doc 10).
8. **$22,975.00 -** Debtor's homestead exemption claim.  See Debtor's schedules filed 5/21/19. (Doc 10).

**Total: $252,345.40**

I also neglected to list Trustee's commission of $9,800.00 as set forth in ¶ 3 of the settlement agreement to the list of claims set forth above.  This brings the total claims to **$262,145.40** over **double** the Trustee's estimate of **$131,000.00**.

Thank you for your kind consideration.

Respectfully submitted,

KOPELMAN & KOPELMAN LLP

*/s/ Michael S. Kopelman*

Michael S. Kopelman, Esq.