| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in compliance with D.N.J. LBR 9004-2(c)**<br><br>John W. Sywilok, Esq. (JS 2289)<br>John W. Sywilok LLC<br>52 Main Street<br>Hackensack, NJ 07601<br>(201) 487-9390<br>Chapter 7 Trustee | Case No. 19-19513 |
| In Re:<br><br>JOHN PATRICK O'GRADY<br><br><br><br>Debtor(s). | Chapter 7<br><br>Hearing Date: 07/20/2021<br><br>Judge: John K. Sherwood |

## CERTIFICATION OF TRUSTEE

I, John W. Sywilok, being of full age hereby certify as follows:

1. I am the Chapter 7 Trustee of the debtor herein.

2. This certification is made in support of the Trustee's motion seeking approval of the settlement.

3. I have signed a contract for the sale of real property known as 91 Midvale Mountain Road, Mahwah, NJ for a sales price of $1,190,000.00. The Trustee believes that the price with the implementation of the settlement that creditors will substantially be satisfied. Upon conclusion of the attorney review period, I will be filing a motion seeking authorization of a sale for the aforementioned price.

4. Based on the Trustee's calculations, it appears that creditors will substantially be

satisfied based on the selling price.

5. Continued litigation of the appeal will only result in more costs for all parties with the possibility that this may be a no asset case.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

*John W. Sywilok*
John W. Sywilok
Chapter 7 Trustee

Dated:   July 15, 2021