

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

JOHN W. SYWILOK, ESQ.
52 Main Street
Hackensack, NJ 07601
Tel: 201 487-9390
*Chapter 7 Trustee*

In Re:

JOHN PATRICK O'GRADY

                    Debtor

Order Filed on August 18, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Chapter 7

Case No. 19-19513

Judge: John K. Sherwood

Hearing Date: 07/27/21 @ 10:00 a.m.

## ORDER APPROVING SETTLEMENT

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 18, 2021**

Honorable John K. Sherwood
United States Bankruptcy Court

| | |
|---|---|
| Debtor: | JOHN O'GRADY |
| Case No.: | 19-19513 |
| Caption of Order: | ORDER APPROVING SETTLEMENT |

**THIS MATTER** being opened to the Court by John W. Sywilok, Esq., the Chapter 7 Trustee, Michael S. Kopelman, Esq., appearing on behalf of creditor, Kopelman & Kopelman LLP, Scott Rever, Esq., appearing on behalf of Barry R. Donaldson, Esq., and James French, Esq., appearing on behalf of TIAA, FSB; and due notice to all parties in interest having been given; and the Court having reviewed the submissions and having heard argument with regard to the Settlement set forth in Exhibit "A," which is attached to the Trustee's Certification at Docket #221; and good cause being shown,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Settlement set forth in Exhibit "A" is hereby approved except the words "Pro Rata" in paragraph 3c are eliminated.
2. The pending Appeal of Kopelman & Kopelman LLP shall proceed in District Court under case 2:20-cv-18906 MCA as to the Order confirming Chapter 11 Plan, which was entered on 12/02/2020 (Docket #173).
3. The Clerk shall serve notice of the entry of this Order upon the Debtor, the Debtor's attorney, the United States Trustee, and any other party who entered an appearance in this matter.