UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

JOHN W. SYWILOK, ESQ.
52 Main Street
Hackensack, NJ 07601
Tel: 201 487-9390
*Chapter 7 Trustee*

In Re:

JOHN PATRICK O'GRADY

                          Debtor

Order Filed on August 18, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Chapter 7

Case No. 19-19513

Judge: John K. Sherwood

Hearing Date: 07/27/21 @ 10:00 a.m.

## ORDER APPROVING SETTLEMENT

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 18, 2021**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Debtor: **JOHN O'GRADY**
Case No.: 19-19513
Caption of Order: ORDER APPROVING SETTLEMENT

---

**THIS MATTER** being opened to the Court by John W. Sywilok, Esq., the Chapter 7 Trustee, Michael S. Kopelman, Esq., appearing on behalf of creditor, Kopelman & Kopelman LLP, Scott Rever, Esq., appearing on behalf of Barry R. Donaldson, Esq., and James French, Esq., appearing on behalf of TIAA, FSB; and due notice to all parties in interest having been given; and the Court having reviewed the submissions and having heard argument with regard to the Settlement set forth in Exhibit "A," which is attached to the Trustee's Certification at Docket #221; and good cause being shown,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Settlement set forth in Exhibit "A" is hereby approved except the words "Pro Rata" in paragraph 3c are eliminated.
2. The pending Appeal of Kopelman & Kopelman LLP shall proceed in District Court under case 2:20-cv-18906 MCA as to the Order confirming Chapter 11 Plan, which was entered on 12/02/2020 (Docket #173).
3. The Clerk shall serve notice of the entry of this Order upon the Debtor, the Debtor's attorney, the United States Trustee, and any other party who entered an appearance in this matter.

United States Bankruptcy Court

District of New Jersey

In re:  
John Patrick O'Grady  
    Debtor

Case No. 19-19513-JKS  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2  
Date Rcvd: Aug 18, 2021      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 20, 2021:**

**Recip ID**      **Recipient Name and Address**  
db      + John Patrick O'Grady, 91 Midvale Mountain Rd., Mahwah, NJ 07430-2709

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 18, 2021 at the address(es) listed below:**

**Name**      **Email Address**

Denise E. Carlon  
     on behalf of Creditor BANK OF AMERICA  N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Heather Elizabeth Saydah  
     on behalf of Defendant Bank of America NA HSaydah@winston.com docketny@winston.com;heather-saydah-6555@ecf.pacerpro.com

James French  
     on behalf of Creditor TIAA  FSB jfrench@mwc-law.com, nj-ecfmail@ecf.courtdrive.com

James French  
     on behalf of Defendant TIAA  FSB jfrench@mwc-law.com, nj-ecfmail@ecf.courtdrive.com

James French  
     on behalf of Defendant EverBank jfrench@mwc-law.com  nj-ecfmail@ecf.courtdrive.com

John Sywilok

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Aug 18, 2021 | Form ID: pdf903 | Total Noticed: 1 |

sywilokattorney@sywilok.com nj26@ecfcbis.com

Lauren Moyer
    on behalf of Creditor TIAA FSB nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com

Marisa Myers Cohen
    on behalf of Creditor TIAA FSB nj-ecfmail@mwc-law.com, jhillier@mwc-law.com

Melissa S DiCerbo
    on behalf of Creditor TIAA FSB nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com

Michael S. Kopelman
    on behalf of Attorney Kopelman & Kopelman LLP kopelaw@kopelmannj.com

Michael S. Kopelman
    on behalf of Interested Party John W Sywilok kopelaw@kopelmannj.com

Michael S. Kopelman
    on behalf of Plaintiff John Sywilok kopelaw@kopelmannj.com

Michael S. Kopelman
    on behalf of Trustee John Sywilok kopelaw@kopelmannj.com

Mitchell Hausman
    on behalf of U.S. Trustee U.S. Trustee Mitchell.B.Hausman@usdoj.gov

Scott S. Rever
    on behalf of Creditor Barry Roy Donaldson srever@genovaburns.com
    srever@ecf.inforuptcy.com;dmendez@genovaburns.com;dmendez@ecf.inforuptcy.com

Scott S. Rever
    on behalf of Defendant Barry Roy Donaldson srever@genovaburns.com
    srever@ecf.inforuptcy.com;dmendez@genovaburns.com;dmendez@ecf.inforuptcy.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 17