**UNITED STATES BANKRUPTCY COURT**

District of New Jersey

In re: 

| | |
|---|---|
| Chapter: | _____ |
| Case Number: | _____ |
| Civil Number: | _____ |
| Adversary Number: | _____ |
| Bankruptcy Judge: | _____ |

**TRANSMITTAL OF DOCUMENT(S) TO:**
❑ **DISTRICT COURT**    ❑ **CIRCUIT COURT OF APPEALS**

The following items have been filed with our office, and are being transmitted:

❑ Notice of Appeal     ❑ Order being Appealed     ❑ Designation of Record on Appeal

❑ Statement of Issues    ❑ Transcript    ❑ Transcript Ordered On: _____

❑ Motion for Leave to Appeal   ❑ Certification of Failure to File Designation   ❑ Motion to Withdraw the Reference

❑ Other _____

---

If a Notice of Appeal is being transmitted:

The Notice of Appeal was filed in our office on _____.    The parties to the appeal are:

| | | | |
|---|---|---|---|
| Appellant(s): | _____ | Appellee(s): | _____ |
| Attorney: | _____ | Attorney: | _____ |
| Address: | _____ | Address: | _____ |
| | _____ | | _____ |

Title of Order Appealed: _____

Date Entered On Docket: _____

❑    An appeal has not previously been filed in this case.

❑    The following list contains information regarding all appeals previously filed in this case:

| **District Court Case Number** | **District Court Judge Assigned** | **Date of Transmission of Record to District Court** |
|---|---|---|
| | | |
| | | |
| | | |

---

Court Clerk: Please complete the information below and return a copy of this form to _____ within 3 days.

Your Court's Case Number: _____    Judge assigned: _____

By: _____    Date: _____

<em>rev. 8/28/17</em>