KOPELMAN & KOPELMAN LLP
Michael S, Kopelman, Esq. (MSK 6104)
90 Main Street, Suite 205
Hackensack, New Jersey 07601
Telephone: 201 489-5500  Fax: 201489-7755
Email: kopelaw@kopelmanNJ.com
*Attorneys for Appellant*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| KOPELMAN & KOPELMAN LLP | Civil Action No.: 2:20-cv-18906-JXN |
| Appellant, | |
| v. | Honorable Julien Xavier Neals, U.S.D.J. |
| JOHN PATRICK O'GRADY, BARRY R. DONALDSON and BRIAN W. HOFMEISTER, ESQ., Chapter V Trustee | |
| Appellees. | Hearing Date: 10/4/2021 |

### ORDER

**THIS MATTER** having been opened to the Court upon the motion of Appellant

Kopelman & Kopelman LLP for an entry of an Order to consolidate appeals and to

supplement the record, and the Court having considered the Appellant's certification filed

in support of this motion and opposition thereto, if any, and having heard the arguments

of counsel, if any, and due notice having been given, and good cause appearing;

**IT IS** on this ___6th___ day of ___October___, 2021 hereby

**ORDERED** that the appeals **2:20-cv-18906-JXN** and **2:21-cv-16401-JXN** are

hereby consolidated with lead case being **2:20-cv-18906-JXN**; and it is

**IT IS FURTHER ORDERED** that the record is hereby supplemented to include

the facts set forth in ¶'s 8 and 9 certification of Michael S. Kopelman, Esq. dated

September 2, 2021 filed simultaneously with this motion; and it is

**IT IS FURTHER ORDERED** that Kopelman & Kopelman LLP shall serve a

true copy of this Order on the parties of interest within five (5) days of the date of entry

of this order.

s/ Julien Xavier Neals

Honorable Julien Xavier Neals
United States District Judge