# *LAW FIRM OF BRIAN W. HOFMEISTER, LLC*

3131 Princeton Pike
Building 5, Suite 110
Lawrenceville, New Jersey 08648
Phone - (609) 890-1500
Fax - (609) 890-6961
bwh@hofmeisterfirm.com

October 20, 2021

Honorable John K. Sherwood
50 Walnut Street, 3rd Floor
Newark, N.J. 07102

    Re:    John Patrick O'Grady
                Case No. 19-19513-JKS

Dear Judge Sherwood:

        On December 2, 2020, an Application for Compensation for Brian W. Hofmeister, as the SubChapter V Trustee ("Application for Compensation"), was filed with the Court under Document Number 174. On December 31, 2021, Kopelman & Kopelman, counsel to the former Chapter 7 Trustee, John W. Sywilok, filed an Certification in Opposition to my Application for Compensation under Document Number 188. The Court rescheduled the hearing on the Application for Compensation from January 7, 2021 to January 21, 2021 then from January 21, 2021 to February 23, 2021 and finally from February 23, 2021 to March 23, 2021. The Court docket shows an entry on March 23, 2021, which states "Minute of Hearing Held, OUTCOME: Adjourned without a date (related document(s): 174 Application for Compensation filed by Brian W. Hofmeister) (mff) (Entered: 03/23/2021)". To date, a new hearing date on my Application for Compensation has not been rescheduled.

        It is respectfully requested that a date been rescheduled for a hearing on the Application for Compensation for Brian W. Hofmeister, as the SubChapter V Trustee, which was filed under Document Number 174.

                                                Respectfully submitted,

                                By:    */s/Brian W. Hofmeister*
                                                  Brian W. Hofmeister, Esquire
                                                  SubChapter V Trustee

BWH/aw