UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: | Case No.: 19-19153
JOHN PATRICK O'GRADY | Chapter: 7
 | Judge: John K. Sherwood

## NOTICE OF PROPOSED PRIVATE SALE

_____John W. Sywilok_____, _____Chapter 7 Trustee_____, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk: 50 Waklnut Street, 3rd Floor, Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable _____John K. Sherwood_____ on _____February 1, 2022_____ at _10:00_ a.m. at the United States Bankruptcy Court, courtroom no. _D_, _50 Walnut Street, 3rd Floor Newark, NJ 07102_. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold: 91 Midvale Mountain Road, Mahwah, NJ 07430

Proposed Purchaser: Agim Rrukaj, Arta Rrukaj, Gjergi Rrukaj and Nicky Rrukaj

Sale price: $1,018,000.00

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

Name of Professional: Andrea Levy of Weichert Realtors
Amount to be paid: $50,900.00
Services rendered: Marketing and selling the above property

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name:          John W. Sywilok, Chapter 7 Trustee    /s/ John W. Sywilok

Address:       52 Main Street, Hackensack, NJ 07601

Telephone No.: (201) 487-9390

*rev.8/1/15*