**KOPELMAN & KOPELMAN LLP**
*A PARTNERSHIP FOR THE PRACTICE OF LAW*
90 MAIN STREET, SUITE 205
HACKENSACK, NEW JERSEY 07601-7001
TELEPHONE (201) 489-5500
TELECOPIER (201) 489-7755
E-MAIL kopelaw@kopelmannj.com

MICHAEL S. KOPELMAN
  MEMBER NJ AND NY BARS
CAROL WEINFLASH KOPELMAN
  MEMBER NJ BAR

NEW YORK OFFICE
ONE PENN PLAZA, SUITE 2414
NEW YORK, NEW YORK 10119
(212) 629-0733

January 27, 2022

<u>**VIA ECF**</u>
Honorable John K. Sherwood, U.S.B.J.
United States Bankruptcy Court
50 Walnut Street, Courtroom 3D
Newark, NJ 07102

Re: John Patrick O'Grady, CH 7, Case No. 19-19513-JKS
    Hearing Date: 2/1/2022 at 10:00 a.m.
    **ERRATA**

Dear Judge Sherwood:

    The citation of R. 4:44 (d)(4) at page 4 of Doc 266-5, Kopelman & Kopelman LLP's memorandum of law in support of motion for stay pending appeal is incorrect. The correct citation is **R. 4:59-1 (d)(1)**.

    Thank you for your kind attention.

                              Respectfully submitted,
                              KOPELMAN & KOPELMAN LLP

                              */s/ Michael S. Kopelman*
                              Michael S. Kopelman, Esq.

cc: via email: Scott S. Rever, Esq.; John W. Sywilok, Esq.; Mitchell Hausman, US Trustee