LAW OFFICES

## McCABE, WEISBERG & CONWAY, LLC

SUITE 210
145 HUGUENOT STREET
NEW ROCHELLE, NY 10801
(914)-636-8900
**FAX** (914) 636-8901

SUITE 1400
123 S. BROAD STREET
PHILADELPHIA, PA 19109
(215) 790-1010
FAX: (215) 790-1274

SUITE 201
216 HADDON AVENUE
WESTMONT, NJ  08108
(856) 858-7080
**FAX** (856) 858-7020

SUITE 2S09
1 HUNTINGTON QUADRANGLE,
MELVILLE, NY 11747
(631) 812-4084
FAX (855) 845-2584

SUITE 102
1407 FOULK ROAD
FOULKSTONE PLAZA
WILMINGTON, DE 19803
(302) 409-3520
FAX 855-425-1980

February 7, 2022

**VIA ECF FILING**
Hon. John K. Sherwood, U.S.D.J.
United States Bankruptcy Court
for the District of New Jersey
50 Walnut Street, Third Floor
Newark, New Jersey 07102

      **RE:**   **In RE O'Grady, et al.,**
             **Docket No.:**   **19-19513-JKS**
             **Our File No.: 16-201311**

Dear Judge Sherwood:

Please be advised that this office represents Secured Creditor, Everbank, n/k/a TIAA, FSB, d/b/a TIAA Bank ("Everbank" or "Secured Creditor") in the above-referenced action.

As the court is aware, Secured Creditor Filed a supplemental certification on February 4, 2022.  Please note that the document attached at Exhibit E was not as legible as it could have been.  Therefore, attached please find a more legible version of the exhibit with the irrelevant information removed, as oppose to redacted.

Thank you for your attention to this matter.  If Your Honor has any questions or concerns, please do not hesitate to contact me.

Respectfully submitted,

*/s/ James French*

James A. French

Enclosure

*This is a communication from a debt collector.*
*This letter may be an attempt to collect a debt and any information obtained will be used for that purpose.*

| Transaction Description | Applied Dt | Due Date | Payment |
|---|---|---|---|
| Consolidated Tax Disb | 7/16/2018 | 7/1/2018 | '-$5,767.22' |
| Consolidated Tax Disb | 10/10/2018 | 10/1/2018 | '-$5,643.45' |
| Consolidated Tax Disb | 1/28/2019 | 1/1/2019 | '-$5,615.61' |
| Consolidated Tax Disb | 4/10/2019 | 4/1/2019 | '-$5,615.61' |
| Hazard Ins Disbursement | 5/9/2019 | 5/1/2019 | '-$3,095.00' |
| Consolidated Tax Disb | 7/18/2019 | 7/1/2019 | '-$5,826.00' |
| Consolidated Tax Disb | 10/15/2019 | 10/1/2019 | '-$5,727.00' |
| Consolidated Tax Disb | 1/15/2020 | 1/1/2020 | '-$5,696.06' |
| Consolidated Tax Disb | 4/10/2020 | 4/1/2020 | '-$5,696.05' |
| Funds Application | 5/1/2020 | 7/1/2016 | $5,255.29 |
| Hazard Ins Disbursement | 5/11/2020 | 5/1/2020 | '-$3,136.00' |
| Funds Application | 5/14/2020 | 8/1/2016 | $5,255.29 |
| Funds Application | 6/11/2020 | 9/1/2016 | $5,255.29 |
| Consolidated Tax Disb | 7/22/2020 | 7/1/2020 | '-$6,085.90' |
| Funds Application | 8/24/2020 | 9/1/2016 | $5,283.97 |
| Funds Application | 9/2/2020 | 10/1/2016 | $5,283.97 |
| Funds Application | 9/3/2020 | 11/1/2016 | $5,283.97 |
| Funds Application | 10/2/2020 | 12/1/2016 | $5,283.97 |
| Consolidated Tax Disb | 10/9/2020 | 10/1/2020 | '-$6,085.89' |
| Funds Application | 10/29/2020 | 2/1/2017 | $5,283.97 |
| Consolidated Tax Disb | 1/8/2021 | 1/1/2021 | '-$5,890.98' |
| Hazard Ins Disbursement | 4/19/2021 | 5/1/2021 | '-$3,334.00' |
| City Tax Disbursement | 4/26/2021 | 4/1/2021 | '-$5,890.97' |
| City Tax Disbursement | 7/14/2021 | 7/1/2021 | '-$6,249.88' |
| City Tax Disbursement | 10/28/2021 | 10/1/2021 | '-$6,113.75' |
| City Tax Disbursement | 1/27/2022 | 1/1/2022 | '-$6,036.40' |