UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

JOHN W. SYWILOK, ESQ. (2289)
John W. Sywilok LLC
52 Main Street
Hackensack, NJ 07601
Tel: 201 487-9390
*John W. Sywilok, Chapter 7 Trustee Pro Se*

Order Filed on February 8, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

JOHN PATRICK O'GRADY

                Debtor

CHAPTER 7

CASE NO. 19-19513

JUDGE: JOHN K. SHERWOOD

Hearing Date: 02/01/22 @ 10:00 a.m.

**ORDER AUTHORIZING SALE OF REAL ESTATE FREE AND CLEAR OF LIENS
WITH LIENS, IF ANY TO ATTACH TO PROCEEDS**

The relief set forth in the following pages two (2) through (3) is hereby **ORDERED**.

**DATED: February 8, 2022**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Debtor:             JOHN PATRICK O'GRADY
Case No.:           19-19513
Caption of Order:   Order Authorizing Sale of Real Estate Free and Clear of Liens, Liens if any to Attach to Proceeds

**THIS MATTER** being opened to the Court by JOHN W. SYWILOK, Chapter 7 Trustee, and due notice to all parties in interest having been given and the Court having considered Trustee's certification for authority to sell Debtor's interest in real estate property commonly known as 91 Midvale Mountain Road, Mahwah, New Jersey.

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Trustee John W. Sywilok is authorized to sell the real estate commonly known as 91 Midvale Mountain Road, Mahwah, New Jersey to Agim Rrukaj, Arta Rrukaj, Gjergj Rrukaj and Nicky Rrukaj for a price of $1,018,000.00 free and clear of liens with liens, if any, to attach to proceeds.

2. TIAA through its counsel is to file a revised certification of amount due and authority that Sheriff's fees are due even though this is a bankruptcy court approved sale by 2/4/2022 with any response to be filed by 2/9/2022. There is scheduled a Hearing before this Court on February 10th, 2022 at 4:00 PM for the purposes of determining the amount due and owing on the liens of TIAA FSB and Bank of America.

3. The Trustee is authorized to pay at closing the realtors' fees and municipal real estate taxes and costs of well testing and well treatment.

4. The Trustee is authorized to reimburse himself for supplying heating oil to premises from date when debtor moved from premises to closing date, cost of the dumpster as well as electrical services. The Trustee is also entitled to surcharge TIAA for the heating oil,

2

water treatment and well testing, dumpster, real estate taxes and electrical utilities all of which are reasonable, necessary costs and expense of preserving or disposing of TIAA's collateral.

5. Takako H. O'Grady, spouse of debtor is hereby directed to execute the Deed as to the property or any other documents required by the title company to effectuate the closing. In lieu of same the Trustee is authorized to sign in her behalf any documents.

6. The balance of the proceeds of sale shall be held by the Chapter 7 Trustee, John W. Sywilok pending further Order of this Court.

7. A Hearing is scheduled for April 5, 2022 at 10:00AM in regard to the distribution of any proceeds to Creditor, Barry R. Donaldson.

8. The stay provision of 6004H as to the sale of the property herein is hereby waived.

9. The Clerk shall serve notice of the entry of this order upon the Debtor, the Debtor's attorney, the United States Trustee and any other party who entered an appearance in this matter.