UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

JOHN W. SYWILOK, ESQ. (2289)
John W. Sywilok LLC
52 Main Street
Hackensack, NJ 07601
Tel: 201 487-9390
*John W. Sywilok, Chapter 7 Trustee Pro Se*

**Order Filed on February 8, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

JOHN PATRICK O'GRADY

                                    Debtor

CHAPTER 7

CASE NO. 19-19513

JUDGE: JOHN K. SHERWOOD

Hearing Date: 02/01/22 @ 10:00 a.m.

## ORDER AUTHORIZING SALE OF REAL ESTATE FREE AND CLEAR OF LIENS WITH LIENS, IF ANY TO ATTACH TO PROCEEDS

The relief set forth in the following pages two (2) through (3) is hereby **ORDERED**.

**DATED: February 8, 2022**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Debtor:            JOHN PATRICK O'GRADY
Case No.:          19-19513
Caption of Order:  Order Authorizing Sale of Real Estate Free and Clear of Liens, Liens
                   if any to Attach to Proceeds

---

**THIS MATTER** being opened to the Court by JOHN W. SYWILOK , Chapter 7

Trustee, and due notice to all parties in interest having been given and the Court having

considered Trustee's certification for authority to sell Debtor's interest in real estate property

commonly known as 91 Midvale Mountain Road, Mahwah, New Jersey.

**IT IS HEREBY ORDERED AS FOLLOWS:**

1.      The Trustee John W. Sywilok is authorized to sell

the real estate commonly known as 91 Midvale Mountain Road, Mahwah, New Jersey to

Agim Rrukaj, Arta Rrukaj, Gjergj Rrukaj and Nicky Rrukaj for a price of $1,018,000.00 free and

clear of liens with liens, if any, to attach to proceeds.

2.      TIAA through its counsel is to file a revised certification of amount due and

        authority that Sheriff's fees are due even though this is a bankruptcy court

        approved sale by 2/4/2022 with any response to be filed by 2/9/2022. There is

        scheduled a Hearing before this Court on February 10th, 2022 at 4:00 PM for the

        purposes of determining the amount due and owing on the liens of TIAA FSB and

        Bank of America.

3.      The Trustee is authorized to pay at closing the realtors' fees and municipal real

estate taxes and costs of well testing and well treatment.

4.      The Trustee is authorized to reimburse himself for supplying heating oil to

premises from date when debtor moved from premises to closing date, cost of the dumpster as

well as electrical services. The Trustee is also entitled to surcharge TIAA for the heating oil,

2

water treatment and well testing, dumpster, real estate taxes and electrical utilities all of which

are reasonable, necessary costs and expense of preserving or disposing of TIAA's collateral.

     5.     Takako H. O'Grady, spouse of debtor is hereby directed to execute the Deed as

to the property or any other documents required by the title company to effectuate the closing. In

lieu of same the Trustee is authorized to sign in her behalf any documents.

     6.     The balance of the proceeds of sale shall be held by the Chapter 7 Trustee, John

W. Sywilok pending further Order of this Court.

     7.     A Hearing is scheduled for April 5, 2022 at 10:00AM in regard to the

distribution of any proceeds to Creditor, Barry R. Donaldson.

     8.     The stay provision of 6004H as to the sale of the property herein is hereby

waived.

     9.     The Clerk shall serve notice of the entry of this order upon the Debtor, the

Debtor's attorney, the United States Trustee and any other party who entered an appearance in

this matter.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 19-19513-JKS

John Patrick O'Grady                                                                Chapter 7

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Feb 08, 2022 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 10, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | John Patrick O'Grady, 91 Midvale Mountain Rd., Mahwah, NJ 07430-2709 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 10, 2022                         Signature:       /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 8, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian W. Hofmeister | |
| | on behalf of Trustee Brian W. Hofmeister bwh@hofmeisterfirm.com  J119@ecfcbis.com |
| Denise E. Carlon | |
| | on behalf of Creditor BANK OF AMERICA  N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Heather Elizabeth Saydah | |
| | on behalf of Defendant Bank of America NA HSaydah@winston.com docketny@winston.com;heather-saydah-6555@ecf.pacerpro.com |
| James French | |
| | on behalf of Creditor TIAA  FSB jfrench@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| James French | |

District/off: 0312-2                           User: admin                                Page 2 of 2
Date Rcvd: Feb 08, 2022                     Form ID: pdf903                          Total Noticed: 1

                            on behalf of Defendant TIAA  FSB jfrench@mwc-law.com, nj-ecfmail@ecf.courtdrive.com

James French
                            on behalf of Defendant EverBank jfrench@mwc-law.com  nj-ecfmail@ecf.courtdrive.com

John Sywilok
                            sywilokattorney@sywilok.com  nj26@ecfcbis.com

Marisa Myers Cohen
                            on behalf of Creditor TIAA  FSB nj-ecfmail@mwc-law.com, jhillier@mwc-law.com

Melissa S DiCerbo
                            on behalf of Creditor TIAA  FSB nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com

Michael S. Kopelman
                            on behalf of Trustee John Sywilok kopelaw@kopelmannj.com

Michael S. Kopelman
                            on behalf of Attorney Kopelman & Kopelman LLP kopelaw@kopelmannj.com

Michael S. Kopelman
                            on behalf of Interested Party John W Sywilok kopelaw@kopelmannj.com

Michael S. Kopelman
                            on behalf of Creditor Kopelman & Kopelman LLP kopelaw@kopelmannj.com

Michael S. Kopelman
                            on behalf of Plaintiff John Sywilok kopelaw@kopelmannj.com

Mitchell Hausman
                            on behalf of U.S. Trustee U.S. Trustee Mitchell.B.Hausman@usdoj.gov

Scott S. Rever
                            on behalf of Creditor Barry Roy Donaldson srever@genovaburns.com
                            srever@ecf.inforuptcy.com;dmendez@genovaburns.com;dmendez@ecf.inforuptcy.com

Scott S. Rever
                            on behalf of Defendant Barry Roy Donaldson srever@genovaburns.com
                            srever@ecf.inforuptcy.com;dmendez@genovaburns.com;dmendez@ecf.inforuptcy.com

U.S. Trustee
                            USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 18