# *LAW FIRM OF BRIAN W. HOFMEISTER, LLC*

3131 Princeton Pike
Building 5, Suite 110
Lawrenceville, New Jersey 08648
Phone - (609) 890-1500
Fax - (609) 890-6961
bwh@hofmeisterfirm.com

February 9, 2022

Honorable John K. Sherwood
United States Bankruptcy Court
50 Walnut Street, 3rd Floor
Newark, N.J. 07102

      Re:    John Patrick O'Grady
              Case No. 19-19513-JKS

              Application for Compensation for Brian W. Hofmeister, as the former SubChapter V Trustee

Dear Judge Sherwood:

      Please accept this letter joining in on Debtor's counsel, John DiIorio's request for a hearing on our firm's fee applications and related arguments regarding the treatment of the professionals' fees on a <u>pro</u> <u>rata</u> basis.

                                                          Respectfully submitted,

                                   By:    */s/Brian W. Hofmeister*
                                                  Brian W. Hofmeister, Esquire
                                                  Former SubChapter V Trustee

BWH/aw