| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| Caption in compliance with D.N.J. LBR 9004-2©<br><br>John W. Sywilok, Esq. (JS 2289)<br>John W. Sywilok LLC<br>52 Main Street<br>Hackensack, NJ 07601<br>(201) 487-9390<br>Chapter 7 Trustee | Chapter 7<br><br>Case No. 19-19513 |
| In Re:<br><br>JOHN PATRICK O'GRADY<br><br>Debtor. | Judge: John K. Sherwood |

## TRUSTEE'S REPORT OF SALE

DATE OF SALE:           February 18, 2022

TYPE OF SALE:           Private Sale on Notice to Creditors and Parties in Interest and Order of the Bankruptcy Court

PROPERTY SOLD:          Real Property located at: 91 Midvale Mountain Road, Mahwah, NJ 07430

PURCHASERS:             Agim Rrukaj, Arta Rrukaj, Gjergi Rrukaj and Nicky Rrukaj

PURCHASE PRICE:         $1,018,000.00

LIENS PAID FROM SALE:   $643,716.87; Bank of America to be paid on their mortgage in future.

NET TO ESTATE:          $320,964.82 at closing.

BANK WHERE NET TO ESTATE IS INVESTED:    Metropolitan Commercial Bank

CLOSING STATEMENT ATTACHED

Dated: 02/28/2022                    /s/ John W. Sywilok
                                     John W. Sywilok, Trustee