**KOPELMAN & KOPELMAN LLP**
*A PARTNERSHIP FOR THE PRACTICE OF LAW*
90 MAIN STREET, SUITE 205
HACKENSACK, NEW JERSEY 07601-7001
TELEPHONE (201) 489-5500
TELECOPIER (201) 489-7755
E-MAIL kopelaw@kopelmanNJ.com

MICHAEL S. KOPELMAN
   MEMBER NJ AND NY BARS
CAROL WEINFLASH KOPELMAN
   MEMBER NJ BAR

NEW YORK OFFICE
ONE PENN PLAZA, SUITE 2414
NEW YORK, NEW YORK 10119
(212) 629-0733

March 3, 2022

<u>**VIA ECF**</u>
Hon. Julien Xavier Neals, U.S.D.J.
U.S. District Court, District of New Jersey
50 Walnut Street
Court Room MLK 5D
Newark, NJ 07101

**Re:    Case No. 2:20-cv-18906-JXN**
        **Kopelman & Kopelman LLP v. John Patrick O'Grady, et als.**

Dear Judge Neals:

    This correspondence is a supplement to my letter filed on the docket yesterday. (Document 38) to make it clear that Judge Sherwood set no deadline for Your Honor to decide the pending appeal.

    Thank you for your kind consideration.

                Respectfully submitted,

                Appellant KOPELMAN & KOPELMAN LLP

                By: */s/Michael S. Kopelman*
                     Michael S. Kopelman, Esq.

cc: via *ECF* and e-mail: Hon. John K. Sherwood USBJ; Scott S. Rever, Esq.; John W. Sywilok, Esq.; John P. Di Iorio, Esq.; Brian Hofmeister, Esq.