UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

KOPELMAN & KOPELMAN LLP
90 Main Street, Suite 205
Hackensack, NJ 07601
Tel: 201 489-5500
Fax: 201489-7755
Michael S, Kopelman, Esq. (MSK 6104)

*Holder of Administrative Claim*

---

In Re:

JOHN PATRICK O'GRADY

Debtor.

---

CHAPTER 7

CASE NO. 19-19513

JUDGE: John K. Sherwood

Hearing: 4/5/22 at 10:00 a.m.

## ADJOURNMENT REQUEST

1.  I, Michael S. Kopelman am the attorney for Kopelman & Kopelman LLP

    Phone number: (201) 489-5500

    Email address: kopelaw@kopelmannj.com

    and request an adjournment of the following hearing for the reason set forth below:

    Matter: 1) Status of payment of Donaldson claim; 2) Fee application of Brian W. Hofmeister, Esq. (Doc 174); 3) Fee application of John P. Di Iorio (Doc 178).

    Current hearing date and time: 4/5/22 at 10:00 a.m.

    New date requested: 4/26/22 at 10:00 a.m.

    Reason for adjournment request: Applicant is scheduled for minor surgery on 4/4/22 at New York Community Hospital and there will be insufficient time to recover by 4/5/22. Also, Hon. Julien X. Neals has scheduled oral argument on the pending consolidated appeal for 3/31/22 at 2:00 p.m.

2. Consent to adjournment:

☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain).

I certify under penalty of perjury that the foregoing is true.

Date: 3/22/22                    /s/ Michael S. Kopelman
                                 Signature

### COURT USE ONLY:

The request for adjournment is:

☒ Granted          New hearing date: 4/26/2022 @ 10:00          ☐ Peremptory

☐ Granted over objection(s)  New hearing date: _____          ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**