**KOPELMAN & KOPELMAN LLP**
*A PARTNERSHIP FOR THE PRACTICE OF LAW*
90 MAIN STREET, SUITE 205
HACKENSACK, NEW JERSEY 07601-7001
TELEPHONE (201) 489-5500
TELECOPIER (201) 489-7755
E-MAIL kopelaw@kopelmannj.com

MICHAEL S. KOPELMAN
  MEMBER NJ AND NY BARS
CAROL WEINFLASH KOPELMAN
  MEMBER NJ BAR

NEW YORK OFFICE
ONE PENN PLAZA, SUITE 2414
NEW YORK, NEW YORK 10119
(212) 629-0733

April 19, 2022

**<u>VIA ECF</u>**
Honorable John K. Sherwood, U.S.B.J.
United States Bankruptcy Court
50 Walnut Street, Courtroom 3D
Newark, NJ 07102

Re: John Patrick O'Grady, CH 7, Case No. 19-19513-JKS
    Hearing Date: 5/19/2022 at 10:00 a.m.

Dear Judge Sherwood:

    Kopelman & Kopelman LLP appears herein as approved administrative creditor.

    We have just filed amended fee application (Doc 293) to correct arithmetical errors contained in the original filed yesterday. (Doc 292). The Clerk has set the matter down for a hearing on 5/19/2022 at 10:00 AM. When ruling on the application, please disregard the original filing.

    We regret any inconvenience this has caused Your Honor or your staff.

    Thank you for your kind attention.

                                        Respectfully submitted,
                                        KOPELMAN & KOPELMAN LLP

                                        */s/ Michael S. Kopelman*
                                        Michael S. Kopelman, Esq.