**LAW OFFICES**

**JOHN W. SYWILOK LLC**

**52 MAIN STREET**
**HACKENSACK, NJ 07601**
201-487-9390
SYWILOKATTORNEY@SYWILOK.COM

**JOHN W. SYWILOK, ESQ.**
*NJ & NY BAR                                                                PLEASE QUOTE OUR FILE #

April 19, 2022

Honorable John K. Sherwood, U.S.B.J.                                    64956
United States Bankruptcy Court Newark
M.L. King, Jr. Federal Building & Courthouse
50 Walnut Street, 3rd Floor
Newark, NJ 07102

*Via ECF*

        Re:  John Patrick O'Grady
            Case No. 19-19513/JKS
            Final Application of Shapiro, Croland, Reiser,
            Apfel & Di Iorio, LLP
            Hearing Date: April 26, 2022 at 10:00 a.m.

Dear Judge Sherwood:

Please note that I am the Chapter 7 Trustee in this matter. This is to advise the Court as to the Trustee's position. I have no objection to the allowances requested by John Di Iorio, Esq. or Brian Hofmeister, Esq.

I am presently trying to do an analysis as to how the claim of professionals and other creditors are to be treated in this case. The recent filing of the Kopelman Firm for allowance of fees needs to be reviewed and a position taken.

I intend to file the appropriate motion reflecting the Trustee's position as to the status of the claims and proposed distributions within the next 60 days.

I am also presently attempting to determine whether there will be any tax consequences on account of the property sold by me as Trustee. If there are taxes due and owing then the funds on hand will be reduced.

There is also a judgment held by the Trustee against the debtor for the sum of $30,000.00 on which efforts are being made to resolve.

April 19, 2022
Honorable John K. Sherwood, U.S.B.J.
Re: John Patrick O'Grady
Case No. 19-19513/JKS
Page Two

I have not retained counsel in this current Chapter 7 case and have limited my commissions as set forth in the Settlement Agreement to $9,800.00.

I will appear by telephone on April 26, 2022 if the Court requests.

        Very truly yours,

        JOHN W. SYWILOK Chapter 7 Trustee

        *John W. Sywilok*

        JOHN W. SYWILOK

JWS/cdl