# *LAW FIRM OF BRIAN W. HOFMEISTER, LLC*

3131 Princeton Pike
Building 5, Suite 110
Lawrenceville, New Jersey 08648
Phone - (609) 890-1500
Fax - (609) 890-6961
bwh@hofmeisterfirm.com

April 20, 2022

Honorable John K. Sherwood, U.S.B.J.
United States Bankruptcy Court
50 Walnut Street, 3rd Floor
Newark, NJ 07102

  Re: John Patrick O'Grady
    Case No. 19-19513-JKS

    Final Application of Shapiro, Croland, Reiser, Apfel & Di Iorio, LLP for Allowance of Compensation and Reimbursement of Expenses as Counsel to Debtor Pursuant to 11 U.S.C. §330
    Hearing Date: April 26, 2022 @ 10:00 a.m.

Dear Judge Sherwood:

  By way of this letter, Brian W. Hofmeister, as Subchapter V Trustee ("Trustee") of the Debtor Estate of John Patrick O'Grady ("Debtor") hereby joins in and incorporates all of the arguments raised in Shapiro, Croland, Reiser, Apfel & Di Iorio, LLP's response to a letter dated April 14, 2022 filed by counsel for creditor, Barry Donaldson in response to the Final Application of Shapiro, Croland, Reiser, Apfel & Di Iorio, LLP for Allowance of Compensation and Reimbursement of Expenses as Counsel to Debtor Pursuant to 11 U.S.C. §330 (Document No. 291).

           Respectfully submitted,

          By: */s/Brian W. Hofmeister*
             Brian W. Hofmeister, Subchapter V Trustee

BWH/aw