Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.:  19−19513−JKS
                Chapter:  7
                Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    John Patrick O'Grady
    91 Midvale Mountain Rd.
    Mahwah, NJ 07430

Social Security No.:
    xxx−xx−4694

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

    NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable John K. Sherwood on:

Date:       5/19/22
Time:      10:00 AM
Location:    Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
Kopelman & Kopelman LLP, Creditor's Attorney

COMMISSION OR FEES
$98,605.00

EXPENSES
$3,680.99

If this is a chapter 13 case, the fees and expenses awarded:

    ☐    will not reduce the amount to be paid to general unsecured creditors under the plan.

    ☐    will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

    An appearance is not required on an application for compensation unless an objection is filed.

Dated: April 19, 2022
JAN:

                                                             Jeanne Naughton
                                                             Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 19-19513-JKS
John Patrick O'Grady                                                                      Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                          User: admin                                 Page 1 of 3
Date Rcvd: Apr 19, 2022                       Form ID: 137                                Total Noticed: 19

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 21, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | John Patrick O'Grady, 91 Midvale Mountain Rd., Mahwah, NJ 07430-2709 |
| aty | ++ | KOPELMAN & KOPELMAN LLP, 90 MAIN STREET SUITE 205, HACKENSACK NJ 07601-7129 address filed with court:, Kopelman & Kopelman LLP, 55 Main Street, Hackensack, NJ 07601 |
| r | + | Andrea Levy, Weichert, Realtors-Wyckoff, 391 Franklin Avenue, Wyckoff, NJ 07481-1965 |
| cr | + | BANK OF AMERICA, N.A., Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| app | + | Edith Josephson, RE/MAX Real Estate Limited, 297 Kinderkamack Rd., Oradell, NJ 07649-1538 |
| intp | + | John W Sywilok, c/o Kopelman & Kopelman LLP, 90 Main Street, Suite 205, Hackensack, NJ 07601-7129 |
| cr | + | Shapiro, Croland, Reiser, Apfel & Di Iorio, LLP, Continental Plaza II, 411 Hackensack Avenue, Hackensack, NJ 07601-6328 |
| 518237075 | + | Bank of America, Home Equity Loss Mitigation, 100 N Tryon St, Charlotte, NC 28202-4024 |
| 518864545 | + | Bank of America, N.A., P.O. Box 31785, Tampa, FL 33631-3785 |
| 518291981 | + | Barry R Donaldson, c/o Ronald I Bell, Bernstein & Bell, 4 Courthouse Lane, Chelmsford MA 01824-1730 |
| 518237074 | + | TIAA Bank, Home Lending and Servicing, 301 West Bay St, Jacksonville, FL 32202-5150 |
| 518903782 | + | TIAA, FSB, 301 W Bay Street, Jacksonville, FL 32202-5147 |
| 519154333 | + | TIAA, FSB c/o LoanCare, LLC, 3637 Sentara Way, Virginia Beach, Virginia 23452-4262 |
| 519154334 | + | TIAA, FSB c/o LoanCare, LLC, 3637 Sentara Way, Virginia Beach, Virginia 23452, TIAA, FSB c/o LoanCare, LLC, 3637 Sentara Way Virginia Beach, Virginia 23452-4262 |
| 519442272 | | The State of New Jersey, Division of Taxation, PO BOX 245-Bankruptcy, Trenton, NJ 08695-0245 |
| 519234892 | + | Thomas Colitsas & Associates PA, 103 Carnegie Center, Suite 309, Princeton, NJ 08540-6235 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 19 2022 20:45:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 19 2022 20:45:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: mortgagebkcorrespondence@bofa.com | Apr 19 2022 20:44:00 | BANK OF AMERICA, N.A., Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 518237075 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Apr 19 2022 20:44:00 | Bank of America, Home Equity Loss Mitigation, 100 N Tryon St, Charlotte, NC 28202-4024 |
| 518864545 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 19 2022 20:44:00 | Bank of America, N.A., P.O. Box 31785, Tampa, FL 33631-3785 |
| 518237076 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 19 2022 20:44:00 | Dept of Treasury, IRS, Kansas City, MO 64999-0002 |
| 519154334 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Apr 19 2022 20:44:00 | TIAA, FSB c/o LoanCare, LLC, 3637 Sentara Way, Virginia Beach, Virginia 23452, TIAA, FSB c/o LoanCare, LLC, 3637 Sentara Way, Virginia Beach, Virginia 23452-4262 |

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 19, 2022 | Form ID: 137 | Total Noticed: 19 |

| 519154333 | + Email/Text: LC-Bankruptcy-RF@loancare.net | | |
|---|---|---|---|
| | | Apr 19 2022 20:44:00 | TIAA, FSB c/o LoanCare, LLC, 3637 Sentara Way, Virginia Beach, Virginia 23452-4262 |

TOTAL: 8

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| r | *+ | Edith Josephson, RE/MAX Real Estate Limited, 297 Kinderkamack Rd., Oradell, NJ 07649-1538 |
| cr | *P++ | KOPELMAN & KOPELMAN LLP, 90 MAIN STREET SUITE 205, HACKENSACK NJ 07601-7129, address filed with court:, Kopelman & Kopelman LLP, Kopelman & Kopelman LLP, 90 Main Street, Suite 205, Hackensack, NJ 07601 |
| 518901884 | *P++ | KOPELMAN & KOPELMAN LLP, 90 MAIN STREET SUITE 205, HACKENSACK NJ 07601-7129, address filed with court:, Kopelman & Kopelman LLP, 90 Main Street, Suite 205, Hackensack, NJ 07601 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 21, 2022          Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 18, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian W. Hofmeister | on behalf of Trustee Brian W. Hofmeister bwh@hofmeisterfirm.com J119@ecfcbis.com |
| Denise E. Carlon | on behalf of Creditor BANK OF AMERICA N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Heather Elizabeth Saydah | on behalf of Defendant Bank of America NA HSaydah@winston.com docketny@winston.com;heather-saydah-6555@ecf.pacerpro.com |
| James French | on behalf of Defendant TIAA FSB jfrench@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| James French | on behalf of Defendant EverBank jfrench@mwc-law.com nj-ecfmail@ecf.courtdrive.com |
| James French | on behalf of Creditor TIAA FSB jfrench@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| John Sywilok | sywilokattorney@sywilok.com nj26@ecfcbis.com |
| John P. Di Iorio | on behalf of Creditor Shapiro Croland, Reiser, Apfel & Di Iorio, LLP jdiiorio@shapiro-croland.com |
| Marisa Myers Cohen | on behalf of Creditor TIAA FSB nj-ecfmail@mwc-law.com, jhillier@mwc-law.com |
| Melissa S DiCerbo | on behalf of Creditor TIAA FSB nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| Michael S. Kopelman | |

Case 19-19513-JKS    Doc 302    Filed 04/21/22    Entered 04/22/22 00:15:25    Desc
Imaged Certificate of Notice    Page 5 of 5

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 19, 2022 | Form ID: 137 | Total Noticed: 19 |

| | |
|---|---|
| Michael S. Kopelman | on behalf of Creditor Kopelman & Kopelman LLP kopelaw@kopelmannj.com |
| Michael S. Kopelman | on behalf of Plaintiff John Sywilok kopelaw@kopelmannj.com |
| Michael S. Kopelman | on behalf of Trustee John Sywilok kopelaw@kopelmannj.com |
| Michael S. Kopelman | on behalf of Attorney Kopelman & Kopelman LLP kopelaw@kopelmannj.com |
| Michael S. Kopelman | on behalf of Interested Party John W Sywilok kopelaw@kopelmannj.com |
| Mitchell Hausman | on behalf of U.S. Trustee U.S. Trustee Mitchell.B.Hausman@usdoj.gov |
| Scott S. Rever | on behalf of Defendant Barry Roy Donaldson srever@genovaburns.com srever@ecf.inforuptcy.com;dmendez@genovaburns.com;dmendez@ecf.inforuptcy.com |
| Scott S. Rever | on behalf of Creditor Barry Roy Donaldson srever@genovaburns.com srever@ecf.inforuptcy.com;dmendez@genovaburns.com;dmendez@ecf.inforuptcy.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 19