Certificate Number: 15317-NJ-DE-036493770

Bankruptcy Case Number: 19-19513



15317-NJ-DE-036493770

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 22, 2022</u>, at <u>5:15</u> o'clock <u>AM PDT</u>, <u>John P O'grady</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:  <u>April 22, 2022</u>

By:  <u>/s/Madelyn Kotb</u>

Name:  <u>Madelyn Kotb</u>

Title:  <u>Counselor</u>