| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>**GENOVA BURNS, LLC**<br>110 Allen Road, Suite 304<br>Basking Ridge, New Jersey  07920<br>Tele: (973) 467-2700 / Fax:  (973) 467-8126<br>Counsel to Barry Donaldson, Creditor<br>**SCOTT S. REVER (SR 1425)** | Order Filed on May 11, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>**JOHN PATRICK O'GRADY,**<br><br>                                        Debtor. | Case No.: 19-19513 JKS<br><br>Honorable John K. Sherwood<br><br>Chapter: 11 |

### ORDER AUTHORIZING TRUSTEE TO REMIT FUNDS TO BARRY DONALDSON

The relief set forth on the following page, numbered two (2), is hereby **ORDERED.**

**DATED: May 11, 2022**

Honorable John K. Sherwood
United States Bankruptcy Court

(Page 2)

| | |
|---|---|
| Debtor: | John Patrick O'Grady |
| Case no.: | 19-19513 JKS |
| Caption of Order: | Order Authorizing Trustee to Remit Funds to Barry Donaldson |

___

**THIS MATTER** having come before the Court by reason of the Trustee's Motion to sell the Debtor's real property located at 91 Midvale Mountain Road, Mahwah, New Jersey 07430, and the Court having entered an Order approving the sale and directing that the sale proceeds be held by the Trustee pending further order of the Court; and Barry Donaldson having requested the turnover of the sum of $89,464.30 representing 45% of the net proceeds of sale pursuant to a settlement approved by Order of this Court dated August 18, 2021, which Order was affirmed on appeal to the District Court by Order dated April 8, 2022; and for good cause having been shown, it is hereby

**ORDERED**, that the Trustee shall promptly remit the sum of $89,464.30 to Barry Donaldson by check payable to Genova Burns, LLC Trust Account, which funds shall be transmitted to Barry Donaldson's counsel no earlier than seven (7) days from the entry of this Order.