|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>**GENOVA BURNS, LLC**<br>110 Allen Road, Suite 304<br>Basking Ridge, New Jersey  07920<br>Tele: (973) 467-2700 / Fax:  (973) 467-8126<br>Counsel to Barry Donaldson, Creditor<br>**SCOTT S. REVER (SR 1425)** | **Order Filed on May 11, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>**JOHN PATRICK O'GRADY,**<br><br>                                       Debtor. | Case No.: 19-19513 JKS<br><br>Honorable John K. Sherwood<br><br>Chapter: 11 |

### ORDER AUTHORIZING TRUSTEE TO REMIT FUNDS TO BARRY DONALDSON

The relief set forth on the following page, numbered two (2), is hereby **ORDERED.**

**DATED: May 11, 2022**

Honorable John K. Sherwood
United States Bankruptcy Court

**(Page 2)**

| | |
|---|---|
| Debtor: | John Patrick O'Grady |
| Case no.: | 19-19513 JKS |
| Caption of Order: | Order Authorizing Trustee to Remit Funds to Barry Donaldson |

___

**THIS MATTER** having come before the Court by reason of the Trustee's Motion to sell the Debtor's real property located at 91 Midvale Mountain Road, Mahwah, New Jersey 07430, and the Court having entered an Order approving the sale and directing that the sale proceeds be held by the Trustee pending further order of the Court; and Barry Donaldson having requested the turnover of the sum of $89,464.30 representing 45% of the net proceeds of sale pursuant to a settlement approved by Order of this Court dated August 18, 2021, which Order was affirmed on appeal to the District Court by Order dated April 8, 2022; and for good cause having been shown, it is hereby

**ORDERED**, that the Trustee shall promptly remit the sum of $89,464.30 to Barry Donaldson by check payable to Genova Burns, LLC Trust Account, which funds shall be transmitted to Barry Donaldson's counsel no earlier than seven (7) days from the entry of this Order.

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 19-19513-JKS
John Patrick O'Grady  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 12, 2022 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 14, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | John Patrick O'Grady, 91 Midvale Mountain Rd., Mahwah, NJ 07430-2709 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2022      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 12, 2022 at the address(es) listed below:

**Name**      **Email Address**

Brian W. Hofmeister
     on behalf of Trustee Brian W. Hofmeister bwh@hofmeisterfirm.com  J119@ecfcbis.com

Denise E. Carlon
     on behalf of Creditor BANK OF AMERICA  N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Heather Elizabeth Saydah
     on behalf of Defendant Bank of America NA HSaydah@winston.com docketny@winston.com;heather-saydah-6555@ecf.pacerpro.com

James French
     on behalf of Creditor TIAA  FSB jfrench@mwc-law.com, nj-ecfmail@ecf.courtdrive.com

James French
     on behalf of Defendant TIAA  FSB jfrench@mwc-law.com, nj-ecfmail@ecf.courtdrive.com

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: May 12, 2022 | Form ID: pdf903 | Total Noticed: 1 |

James French
    on behalf of Defendant EverBank jfrench@mwc-law.com nj-ecfmail@ecf.courtdrive.com

John Sywilok
    sywilokattorney@sywilok.com nj26@ecfcbis.com

John P. Di Iorio
    on behalf of Creditor Shapiro Croland, Reiser, Apfel & Di Iorio, LLP jdiiorio@shapiro-croland.com

Marisa Myers Cohen
    on behalf of Creditor TIAA FSB nj-ecfmail@mwc-law.com, jhillier@mwc-law.com

Melissa S DiCerbo
    on behalf of Creditor TIAA FSB nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com

Michael S. Kopelman
    on behalf of Plaintiff John Sywilok kopelaw@kopelmannj.com

Michael S. Kopelman
    on behalf of Trustee John Sywilok kopelaw@kopelmannj.com

Michael S. Kopelman
    on behalf of Attorney Kopelman & Kopelman LLP kopelaw@kopelmannj.com

Michael S. Kopelman
    on behalf of Interested Party John W Sywilok kopelaw@kopelmannj.com

Michael S. Kopelman
    on behalf of Creditor Kopelman & Kopelman LLP kopelaw@kopelmannj.com

Mitchell Hausman
    on behalf of U.S. Trustee U.S. Trustee Mitchell.B.Hausman@usdoj.gov

Scott S. Rever
    on behalf of Creditor Barry Roy Donaldson srever@genovaburns.com
    srever@ecf.inforuptcy.com;dmendez@genovaburns.com;dmendez@ecf.inforuptcy.com

Scott S. Rever
    on behalf of Defendant Barry Roy Donaldson srever@genovaburns.com
    srever@ecf.inforuptcy.com;dmendez@genovaburns.com;dmendez@ecf.inforuptcy.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 19