**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**SHAPIRO, CROLAND, REISER**
  **APFEL & DI IORIO, LLP**
John P. Di Iorio, Esq.
411 Hackensack Avenue
Hackensack, NJ 07601
(201) 488-3900
Attorneys for Debtor



Order Filed on June 8, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

JOHN PATRICK O'GRADY,

　　　　　　　Debtor.

Chapter 7

Case No.: 19-19513-JKS

### ORDER GRANTING ALLOWANCES OF COMPENSATION
### AND REIMBURSEMENT OF EXPENSES TO PROFESSIONALS

　　　The relief set forth on the following pages, numbered two (2) through (3), is hereby **ORDERED.**

**DATED: June 8, 2022**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

2177299.1

(Page 2)
Debtor:     John Patrick O'Grady
Case No.:   19-19513-JKS
Caption:    Order Granting Allowances of Compensation and Reimbursement of Expenses to Professionals

---

Applications for allowances of compensation and reimbursement of expenses having been filed by: (i) Shapiro, Croland, Reiser, Apfel & Di Iorio, LLP ("Shapiro Croland"), as former counsel for the Chapter 11 Debtor; (ii) Brian Hofmeister, as the subchapter V Chapter 11 Trustee; and (iii) Kopelman & Kopelman LLP, as counsel to the Chapter 7 Trustee in the originally filed Chapter 7 case and pursuant to 11 U.S.C. §503(b)(3)(D) as an administrative creditor in the Chapter 11 case and the reconverted Chapter 7 case; objections having been filed to the fee applications of Shapiro Croland, Brian Hofmeister and Kopelman & Kopelman, LLP; and the parties having resolved the objections; and the Court approving the payment of allowances of compensation and reimbursement of expenses to Shapiro Croland, Brian Hofmeister, Esq. and Kopelman & Kopelman LLP for all claims relating to any compensation sought by those professionals whether under section 330 or section 503(b)(3)(D) or any other provision of the Bankruptcy Code; it is

**ORDERED** as follows:

1. Shapiro Croland be and it is hereby allowed an allowance of compensation and reimbursement of expenses in the amount of $52,805.22 against which there shall be a credit for $10,000 previously paid to Shapiro Croland. Within three (3) days of entry of this order, the Chapter 7 Trustee is authorized to and shall pay Shapiro Croland $29,500 on account of this allowance;

2. Brian Hofmeister, Esq. be and is hereby allowed an allowance of compensation and reimbursement of expenses in the amount of $6,765. Within three (3) days of entry of this order,

(Page 3)
Debtor:     John Patrick O'Grady
Case No.:   19-19513-JKS
Caption:    Order Granting Allowances of Compensation and Reimbursement of Expenses to Professionals

---

the Chapter 7 Trustee is authorized to pay Brian Hofmeister, Esq. $4,000 on account of this allowance; and

3. Kopelman & Kopelman LLP be and it is hereby allowed an allowance of compensation and reimbursement of expenses in the amount of $61,250 against which there shall be a credit of $12,750 previously paid to Kopelman & Kopelman LLP. Within three (3) days of entry of this order, the Chapter 7 Trustee is authorized to and shall pay Kopelman & Kopelman, LLP $48,500 on account of this allowance. The Court recognizes that Kopelman & Kopelman, LLP additionally expended time and incurred expenses regarding its fee request of $102,385.99 (Doc. 293) and that this fee request is being settled by consent pursuant to this order.