| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>**SHAPIRO, CROLAND, REISER**<br>  **APFEL & DI IORIO, LLP**<br>John P. Di Iorio, Esq.<br>411 Hackensack Avenue<br>Hackensack, NJ 07601<br>(201) 488-3900<br>Attorneys for Debtor | **Order Filed on June 8, 2022**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |
| In Re:<br><br>JOHN PATRICK O'GRADY,<br><br>          Debtor. | Chapter 7<br><br>Case No.: 19-19513-JKS |

### ORDER GRANTING ALLOWANCES OF COMPENSATION
### AND REIMBURSEMENT OF EXPENSES TO PROFESSIONALS

The relief set forth on the following pages, numbered two (2) through (3), is hereby **ORDERED.**

**DATED: June 8, 2022**

_____

Honorable John K. Sherwood
United States Bankruptcy Court

2177299.1

(Page 2)
Debtor:     John Patrick O'Grady
Case No.:   19-19513-JKS
Caption:    Order Granting Allowances of Compensation and Reimbursement of Expenses to Professionals

---

Applications for allowances of compensation and reimbursement of expenses having been filed by: (i) Shapiro, Croland, Reiser, Apfel & Di Iorio, LLP ("Shapiro Croland"), as former counsel for the Chapter 11 Debtor; (ii) Brian Hofmeister, as the subchapter V Chapter 11 Trustee; and (iii) Kopelman & Kopelman LLP, as counsel to the Chapter 7 Trustee in the originally filed Chapter 7 case and pursuant to 11 U.S.C. §503(b)(3)(D) as an administrative creditor in the Chapter 11 case and the reconverted Chapter 7 case; objections having been filed to the fee applications of Shapiro Croland, Brian Hofmeister and Kopelman & Kopelman, LLP; and the parties having resolved the objections; and the Court approving the payment of allowances of compensation and reimbursement of expenses to Shapiro Croland, Brian Hofmeister, Esq. and Kopelman & Kopelman LLP for all claims relating to any compensation sought by those professionals whether under section 330 or section 503(b)(3)(D) or any other provision of the Bankruptcy Code; it is

**ORDERED** as follows:

1. Shapiro Croland be and it is hereby allowed an allowance of compensation and reimbursement of expenses in the amount of $52,805.22 against which there shall be a credit for $10,000 previously paid to Shapiro Croland. Within three (3) days of entry of this order, the Chapter 7 Trustee is authorized to and shall pay Shapiro Croland $29,500 on account of this allowance;

2. Brian Hofmeister, Esq. be and is hereby allowed an allowance of compensation and reimbursement of expenses in the amount of $6,765. Within three (3) days of entry of this order,

(Page 3)
Debtor:      John Patrick O'Grady
Case No.:    19-19513-JKS
Caption:     Order Granting Allowances of Compensation and Reimbursement of Expenses to Professionals

---

the Chapter 7 Trustee is authorized to pay Brian Hofmeister, Esq. $4,000 on account of this allowance; and

3. Kopelman & Kopelman LLP be and it is hereby allowed an allowance of compensation and reimbursement of expenses in the amount of $61,250 against which there shall be a credit of $12,750 previously paid to Kopelman & Kopelman LLP. Within three (3) days of entry of this order, the Chapter 7 Trustee is authorized to and shall pay Kopelman & Kopelman, LLP $48,500 on account of this allowance. The Court recognizes that Kopelman & Kopelman, LLP additionally expended time and incurred expenses regarding its fee request of $102,385.99 (Doc. 293) and that this fee request is being settled by consent pursuant to this order.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-19513-JKS |
| John Patrick O'Grady | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 08, 2022 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | John Patrick O'Grady, 91 Midvale Mountain Rd., Mahwah, NJ 07430-2709 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2022          Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 8, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian W. Hofmeister | on behalf of Trustee Brian W. Hofmeister bwh@hofmeisterfirm.com  J119@ecfcbis.com |
| Denise E. Carlon | on behalf of Creditor BANK OF AMERICA N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Heather Elizabeth Saydah | on behalf of Defendant Bank of America NA HSaydah@winston.com docketny@winston.com;heather-saydah-6555@ecf.pacerpro.com |
| James French | on behalf of Creditor TIAA FSB jfrench@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| James French | on behalf of Defendant TIAA FSB jfrench@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jun 08, 2022 | Form ID: pdf903 | Total Noticed: 1 |

James French
   on behalf of Defendant EverBank jfrench@mwc-law.com nj-ecfmail@ecf.courtdrive.com

John Sywilok
   sywilokattorney@sywilok.com nj26@ecfcbis.com

John P. Di Iorio
   on behalf of Creditor Shapiro Croland, Reiser, Apfel & Di Iorio, LLP jdiiorio@shapiro-croland.com

Marisa Myers Cohen
   on behalf of Creditor TIAA FSB nj-ecfmail@mwc-law.com, jhillier@mwc-law.com

Melissa S DiCerbo
   on behalf of Creditor TIAA FSB nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com

Michael S. Kopelman
   on behalf of Plaintiff John Sywilok kopelaw@kopelmannj.com

Michael S. Kopelman
   on behalf of Trustee John Sywilok kopelaw@kopelmannj.com

Michael S. Kopelman
   on behalf of Attorney Kopelman & Kopelman LLP kopelaw@kopelmannj.com

Michael S. Kopelman
   on behalf of Interested Party John W Sywilok kopelaw@kopelmannj.com

Michael S. Kopelman
   on behalf of Creditor Kopelman & Kopelman LLP kopelaw@kopelmannj.com

Mitchell Hausman
   on behalf of U.S. Trustee U.S. Trustee Mitchell.B.Hausman@usdoj.gov

Scott S. Rever
   on behalf of Creditor Barry Roy Donaldson srever@genovaburns.com
   srever@ecf.inforuptcy.com;dmendez@genovaburns.com;dmendez@ecf.inforuptcy.com

Scott S. Rever
   on behalf of Defendant Barry Roy Donaldson srever@genovaburns.com
   srever@ecf.inforuptcy.com;dmendez@genovaburns.com;dmendez@ecf.inforuptcy.com

U.S. Trustee
   USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 19