UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
TRENTON DIVISION

In re:  | Case No. 19-19513-JKS

JOHN PATRICK O'GRADY,

      Debtor.

---

Chapter 11 Subchapter V Trustee's Report of No Distribution

I, Brian W. Hofmeister, having been appointed trustee of the estate of the above-named Debtor, report I collected funds totaling: $0.00. A plan was confirmed on December 2, 2020. No plan payments were made to the Trustee. According to the Debtor, the plan was substantially consummated and, pursuant to 11 U.S.C. § 330(a) [or 28 U.S.C. 586(e)(5), as applicable], on June 8, 2022 the Court ordered compensation of $6,765.00 be awarded to the Trustee. The Trustee received $4,000.00, which was paid by the Debtor to the Trustee on June 9, 2022. I hereby certify that my administration of the estate of the above-named Debtor has been completed. I request that I be discharged from any further duties as trustee.

Dated: June 23, 2022      By:   */s/Brian W. Hofmeister*
                                              Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.