**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**SHAPIRO, CROLAND, REISER APFEL & DI IORIO, LLP**
John P. Di Iorio, Esq.
411 Hackensack Avenue
Hackensack, NJ 07601
(201) 488-3900
*Pro Se*

In Re:

JOHN PATRICK O'GRADY,

Debtor.

Chapter 11

Case No.: 19-19513-JKS

## CERTIFICATE OF SERVICE

STATE OF NEW JERSEY   )
                      ) ss:
COUNTY OF BERGEN      )

DIANE MENNONA, of full age, being duly sworn, upon her oath, according to law, deposes and says:

1. I am an employee of the law firm of Shapiro, Croland, Reiser, Apfel & Di Iorio, LLP, attorneys for Debtor.

2. On July 18, 2022 I served a copy of the following via e-mail and first class mail to John O'Grady at 87 Harrison Avenue, Waldwick, New Jersey 07463 and jogrady87@gmail.com:

> Notice of Motion and Motion of Shapiro, Croland, Reiser, Apfel & Di Iorio, LLP for Entry of an Order Pursuant to F.R.B.P. 9024 and F.R.C.P. 60(b) for Relief from a Portion of an Order Approving Settlement; and Proposed Order

2190087.1

I certify that the foregoing statements made by me are true and correct. I am aware that if any of the statements are willfully false, I am subject to punishment.

Dated: July 18, 2022                             */s/ Diane Mennona*
                                                        Diane Mennona