**KOPELMAN & KOPELMAN LLP**
*A PARTNERSHIP FOR THE PRACTICE OF LAW*
90 MAIN STREET, SUITE 205
HACKENSACK, NEW JERSEY 07601-7001
TELEPHONE (201) 489-5500
TELECOPIER (201) 489-7755
E-MAIL kopelaw@kopelmannj.com

MICHAEL S. KOPELMAN
  MEMBER NJ AND NY BARS
CAROL WEINFLASH KOPELMAN
  MEMBER NJ BAR

NEW YORK OFFICE
ONE PENN PLAZA, SUITE 2414
NEW YORK, NEW YORK 10119
(212) 629-0733

July 19, 2022

***VIA ECF***

Honorable John K. Sherwood, U.S.B.J.
United States Bankruptcy Court
50 Walnut Street, Courtroom 3D
Newark, NJ 07102

    Re: John Patrick O'Grady, CH 7, Case No. 19-19513-JKS
       Hearing Date: 7/26/22 at 10:00 a.m.

Dear Judge Sherwood:

    I appear in this matter as approved administrative creditor and as former counsel to the Chapter 7 Trustee, John W. Sywilok.

    I agree with Mr. Di Iorio that payment of the IRS priority tax claim violates 28 U.S.C. § 507 (a). In fact, I objected to court approval of the Sywilok/Rever Settlement Agreement on that ground myself.

    The IRS's priority tax claim was amended on 5/22/2020 to $17,399.76.

    On 6/8/22, Your Honor approved a settlement regarding payment of administrative professional fees of $48,500 to Kopelman & Kopelman LLP, $29,500 to Shapiro Croland Reiser Apfel & Di Iorio LLP of $29,500 and $4,000 to Brian Hofmeister, Esq. (Doc 313).

    It is my position that the distribution of the subordinated IRS priority tax claim of $17,399.76 should be distributed in the same ratio as Your Honor's 6/5/22 order; to wit:

      $10,265.86: Kopelman & Kopelman LLP
      $6,263.91:  Shapiro Croland Reiser Apfel & Di Iorio LLP
      $869.99:    Brian Hofmeister, Esq.

Thank you for your kind consideration.

                                          Respectfully submitted,

                                          KOPELMAN & KOPELMAN LLP

                                          */s/ Michael S. Kopelman*

                                          Michael S. Kopelman, Esq.