## KOPELMAN & KOPELMAN LLP
*A PARTNERSHIP FOR THE PRACTICE OF LAW*
90 MAIN STREET, SUITE 205
HACKENSACK, NEW JERSEY 07601-7001
TELEPHONE (201) 489-5500
TELECOPIER (201) 489-7755
E-MAIL kopelaw@kopelmannj.com

MICHAEL S. KOPELMAN
    MEMBER NJ AND NY BARS
CAROL WEINFLASH KOPELMAN
    MEMBER NJ BAR

NEW YORK OFFICE
521 FIFTH AVENUE, SUITE 1700
NEW YORK, NEW YORK 10175
(212) 629-0733

July 19, 2022

Hon. John K. Sherwood
United States Bankruptcy Court
MLK Jr. Federal Courthouse
50 Walnut Street
Newark, NJ 07102

Re:  In re: John Patrick O'Grady
     Chapter 11 Case No.: 19-19513
     Hearing date:   July 26, 2022 at 10:00 a.m.

Dear Judge Sherwood:

Confirming voice mail left with your chambers at approximately 4:00 p.m. this afternoon, please do not enter the proposed consent order submitted by Mr. D'Iorio at 2:46 p.m.

This proposed form of consent order was submitted notwithstanding my earlier correspondence filed on the docket at 10:44 a.m. today (doc 318) in which I objected to the amount of payment to administrative professionals set forth by Mr. D'Iorio in his proposed order accompanying his motion for a relief from a portion of order approving settlement (doc 316).

I have spoken to Eamon J. O'Hagen, Esq. and he has told me that "he has no horse in this race" regarding how much each professional is paid so long as the language set forth in ¶ 3 of Mr. D'Iorio's proposed consent order submitted today at 2:46 p.m. regarding Debtor John Patrick O'Grady's rights are preserved.

Tomorrow I will be submitting a counter-proposed form of order.

I request that the hearing scheduled for July 26, 2022 at 10:00 a.m. proceed on the limited issue of how the now $17,399.75 on hand will be distributed to administrative professionals

1

and that in the meantime Your Honor not enter the proposed consent order submitted by Mr. D'Iorio at 2:46 p.m. today.

Thank you for your kind consideration.

Respectfully submitted,
KOPELMAN & KOPELMAN LLP

*/s/ Michael S. Kopelman*

By: Michael S. Kopelman
MSK/aa