| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>**SHAPIRO, CROLAND, REISER**<br>**APFEL & DI IORIO, LLP**<br>John P. Di Iorio, Esq.<br>411 Hackensack Avenue<br>Hackensack, NJ 07601<br>(201) 488-3900<br>*Pro Se* | Order Filed on August 4, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>JOHN PATRICK O'GRADY,<br><br><br>Debtor. | Chapter 7<br><br>Case No.: 19-19513-JKS<br><br>Hearing Date: July 26, 2022<br>at 10:00 a.m. |

**CONSENT ORDER FOR RELIEF FROM A PORTION**
**OF ORDER APPROVING SETTLEMENT**

The relief set forth on the following pages, numbered two (2) through three (3), is hereby **ORDERED.**

**DATED: August 4, 2022**

*/s/ John K. Sherwood*

Honorable John K. Sherwood
United States Bankruptcy Court

2191071.1

(Page 2)
Debtor: John Patrick O'Grady
Case No. 19-19513-JKS
Caption: Consent Order For Relief From A Portion Of Order Approving Settlement

---

THIS matter having come before the Court upon the motion of creditor, Shapiro, Croland, Reiser, Apfel & Di Iorio, LLP ("Shapiro Croland"), for entry of an order for relief from a portion of Order Approving Settlement filed August 18, 2021 (the "Settlement Order"); and the Court having considered the motion and any opposition filed thereto; and for the reasons set forth on the record; and for good cause shown; it is

ORDERED as follows:

1. Paragraphs 3b and c of the Settlement Agreement annexed as Exhibit A to the Settlement Order are stricken and replaced with the following:

> 3b. The administrative claims of professionals shall be paid pro rata;
>
> 3c. The Internal Revenue Service allowed priority tax claim shall be paid.

Thereafter, the Discover Financial Corporation, American Express and Internal Revenue Service general unsecured claims shall be paid pro rata.

2. The Chapter 7 Trustee be and he is hereby authorized and directed to distribute within five days of entry of this Order to: (i) Shapiro Croland $13,305.22; and (ii) Brian Hofmeister $2,765 on account of their unpaid, allowed administrative claims and to distribute the balance on hand up to $17,399.76 to the Internal Revenue Service on account of its allowed priority tax claim.

3. Nothing in this Order (including the changes that this Order effectuates as to the Settlement Agreement) nor the prior Settlement Order shall have any impact on whether the liabilities owed by the above-captioned debtor to IRS are non-dischargeable under 11 U.S.C. §523.

**(Page 3)**
Debtor:     John Patrick O'Grady
Case No.:   19-19513-JKS
Caption:    Consent Order For Relief From A Portion Of Order Approving Settlement

---

IN WITNESS WHEREOF, Shapiro Croland and IRS have agreed to the foregoing as of the dates written below.

Dated: July 27, 2022

**PHILIP P. SELLINGER
UNITED STATES ATTORNEY
DISTRICT OF NEW JERSEY**

_____
Eamonn O'Hagan, AUSA
*Attorneys to the United States of America*

Dated: July 27, 2022

**SHAPIRO, CROLAND, REISER
APFEL & DI IORIO, LLP**

_____
John P. Di Iorio, Esq.
*Pro Se*