

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>SHAPIRO, CROLAND, REISER<br>  APFEL & DI IORIO, LLP<br>John P. Di Iorio, Esq.<br>411 Hackensack Avenue<br>Hackensack, NJ 07601<br>(201) 488-3900<br>*Pro Se* | Order Filed on August 4, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>JOHN PATRICK O'GRADY,<br><br>                              Debtor. | Chapter 7<br><br>Case No.: 19-19513-JKS<br><br>Hearing Date: July 26, 2022<br>                     at 10:00 a.m. |

## CONSENT ORDER FOR RELIEF FROM A PORTION
## OF ORDER APPROVING SETTLEMENT

The relief set forth on the following pages, numbered two (2) through three (3), is hereby **ORDERED.**

DATED: August 4, 2022

_____
Honorable John K. Sherwood
United States Bankruptcy Court

2191071.1

(Page 2)
Debtor:     John Patrick O'Grady
Case No.    19-19513-JKS
Caption:    Consent Order For Relief From A Portion Of Order Approving Settlement

THIS matter having come before the Court upon the motion of creditor, Shapiro, Croland, Reiser, Apfel & Di Iorio, LLP ("Shapiro Croland"), for entry of an order for relief from a portion of Order Approving Settlement filed August 18, 2021 (the "Settlement Order"); and the Court having considered the motion and any opposition filed thereto; and for the reasons set forth on the record; and for good cause shown; it is

ORDERED as follows:

1. Paragraphs 3b and c of the Settlement Agreement annexed as Exhibit A to the Settlement Order are stricken and replaced with the following:

   3b. The administrative claims of professionals shall be paid pro rata;

   3c. The Internal Revenue Service allowed priority tax claim shall be paid. Thereafter, the Discover Financial Corporation, American Express and Internal Revenue Service general unsecured claims shall be paid pro rata.

2. The Chapter 7 Trustee be and he is hereby authorized and directed to distribute within five days of entry of this Order to: (i) Shapiro Croland $13,305.22; and (ii) Brian Hofmeister $2,765 on account of their unpaid, allowed administrative claims and to distribute the balance on hand up to $17,399.76 to the Internal Revenue Service on account of its allowed priority tax claim.

3. Nothing in this Order (including the changes that this Order effectuates as to the Settlement Agreement) nor the prior Settlement Order shall have any impact on whether the liabilities owed by the above-captioned debtor to IRS are non-dischargeable under 11 U.S.C. §523.

(Page 3)
Debtor:   John Patrick O'Grady
Case No.  19-19513-JKS
Caption:  Consent Order For Relief From A Portion Of Order Approving Settlement

IN WITNESS WHEREOF, Shapiro Croland and IRS have agreed to the foregoing as of the dates written below.

Dated: July 27, 2022

**PHILIP P. SELLINGER**
**UNITED STATES ATTORNEY**
**DISTRICT OF NEW JERSEY**

_____
Eamonn O'Hagan, AUSA
*Attorneys to the United States of America*

Dated: July 27, 2022

**SHAPIRO, CROLAND, REISER APFEL & DI IORIO, LLP**

_____
John P. Di Iorio, Esq.
*Pro Se*

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                    Case No. 19-19513-JKS
John Patrick O'Grady                                                                      Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Aug 04, 2022 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 06, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | John Patrick O'Grady, 91 Midvale Mountain Rd., Mahwah, NJ 07430-2709 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2022                   Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 4, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian W. Hofmeister | on behalf of Trustee Brian W. Hofmeister bwh@hofmeisterfirm.com J119@ecfcbis.com |
| Denise E. Carlon | on behalf of Creditor BANK OF AMERICA N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Heather Elizabeth Saydah | on behalf of Defendant Bank of America NA HSaydah@winston.com docketny@winston.com;heather-saydah-6555@ecf.pacerpro.com |
| James French | on behalf of Creditor TIAA FSB jfrench@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| James French | |

| | |
|---|---|
| | on behalf of Defendant TIAA FSB jfrench@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| James French | |
| | on behalf of Defendant EverBank jfrench@mwc-law.com nj-ecfmail@ecf.courtdrive.com |
| John Sywilok | |
| | sywilokattorney@sywilok.com nj26@ecfcbis.com |
| John P. Di Iorio | |
| | on behalf of Creditor Shapiro Croland, Reiser, Apfel & Di Iorio, LLP jdiiorio@shapiro-croland.com |
| Marisa Myers Cohen | |
| | on behalf of Creditor TIAA FSB nj-ecfmail@mwc-law.com, jhillier@mwc-law.com |
| Melissa S DiCerbo | |
| | on behalf of Creditor TIAA FSB nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| Michael S. Kopelman | |
| | on behalf of Plaintiff John Sywilok kopelaw@kopelmannj.com |
| Michael S. Kopelman | |
| | on behalf of Trustee John Sywilok kopelaw@kopelmannj.com |
| Michael S. Kopelman | |
| | on behalf of Attorney Kopelman & Kopelman LLP kopelaw@kopelmannj.com |
| Michael S. Kopelman | |
| | on behalf of Interested Party John W Sywilok kopelaw@kopelmannj.com |
| Michael S. Kopelman | |
| | on behalf of Creditor Kopelman & Kopelman LLP kopelaw@kopelmannj.com |
| Mitchell Hausman | |
| | on behalf of U.S. Trustee U.S. Trustee Mitchell.B.Hausman@usdoj.gov |
| Scott S. Rever | |
| | on behalf of Creditor Barry Roy Donaldson srever@genovaburns.com srever@ecf.inforuptcy.com;dmendez@genovaburns.com;dmendez@ecf.inforuptcy.com |
| Scott S. Rever | |
| | on behalf of Defendant Barry Roy Donaldson srever@genovaburns.com srever@ecf.inforuptcy.com;dmendez@genovaburns.com;dmendez@ecf.inforuptcy.com |
| U.S. Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 19