**KOPELMAN & KOPELMAN LLP**
*A PARTNERSHIP FOR THE PRACTICE OF LAW*
90 MAIN STREET, SUITE 205
HACKENSACK, NEW JERSEY 07601-7001
TELEPHONE (201) 489-5500
TELECOPIER (201) 489-7755
E-MAIL kopelaw@kopelmannj.com

MICHAEL S. KOPELMAN
   MEMBER NJ AND NY BARS
CAROL WEINFLASH KOPELMAN
   MEMBER NJ BAR

NEW YORK OFFICE
521 FIFTH AVENUE, SUITE 1700
NEW YORK, NEW YORK 10175
(212) 629-0733

September 9, 2022

**<u>VIA ECF</u>**
Honorable John K. Sherwood, U.S.B.J.
United States Bankruptcy Court
50 Walnut Street, Courtroom 3D
Newark, NJ 07102

    Re:  John Patrick O'Grady, CH 7, Case No. 19-19513-JKS
          Hearing Date: 9/13/22 at 10:00 a.m.

Dear Judge Sherwood:

    Please accept this reply to Notice of Cross Motion for sanctions against me filed by Mr. Di Iorio.

    It is very telling that Mr.Di Iorio has not submitted a **certification** that I agreed to accept $48,500 on condition that if the IRS agreed to subordinate its $17,399.76 priority claim to administrative expenses that I would be entitled to no more payments and only Messrs. Di Iorio and Hofmeister would share in the windfall. I *certified* I did not so agree. Mr. Di Iorio has not **certified** I did when asked by Your Honor to point out where in the record I agreed to such treatment, Mr. Di Iorio admitted he could not.

    This motion is about money. As it stands now the distribution made is lopsided. I respectfully request that the Court reconsider.

                                                     Respectfully submitted,

                                                     KOPELMAN & KOPELMAN LLP

                                                     */s/ Michael S. Kopelman*

                                                     Michael S. Kopelman, Esq.