LAW OFFICES

## JOHN W. SYWILOK  LLC

**52 MAIN STREET**
**HACKENSACK, NJ  07601**
201-487-9390
SYWILOKATTORNEY@SYWILOK.COM

JOHN W. SYWILOK, ESQ.
*NJ & NY BAR

September 12, 2022

Honorable John K. Sherwood
United States Bankruptcy Court
50 Walnut Street
Newark, NJ 07102

John O'Grady
Case No: 19-19513

Dear Judge Sherwood:

Please note that I am the Chapter 7 Trustee of the above estate. I presently have on hand the sum of $28, 649.73. I have previously paid pursuant to Court Order Shapiro Croland $29,500.00, Brian Hofmeister $4,000.00 and Michael Kopelman $80,000.00.

My proposed fee request is limited to the sum of $9,800.00 leaving the sum of $18,799.14 available to the three claimants.

The sole remaining asset is a Judgment that the Trustee holds against the debtor in the sum of $22,975.00 against the debtor which is not collectible in that amount.

John W. Sywilok. Chapter 7 Trustee

John W. Sywilok