UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Order Filed on September 19, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

John Patrick O'Grady

| | |
|---|---|
| Case No.: | 19-19513 |
| Chapter: | 7 |
| Hearing Date: | September 13, 2022 |
| Judge: | John K. Sherwood |

# ORDER
## DENYING MOTION TO RECONSIDER

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 19, 2022**

Honorable John K. Sherwood
United States Bankruptcy Court

A motion to reconsider [ECF No. 327] having been filed on August 18, 2022 by Michael S. Kopelman; and all interested parties having been duly served; and the Court having considered all papers submitted by counsel as well as the arguments which counsel made at the hearing held on September 13, 2022; and for good cause shown, it is hereby:

**ORDERED** that the aforesaid motion is denied for the reasons set forth on the record of the hearing.