UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

John Patrick O'Grady

Order Filed on September 19, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 19-19513

Hearing Date: September 13, 2022

Judge: John K. Sherwood

Chapter: 7

Recommended Local Form:   ☐ Followed   ☐ Modified

## ORDER DENYING CROSS MOTION FOR SANCTIONS

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 19, 2022**

Honorable John K. Sherwood
United States Bankruptcy Court

A cross motion [ECF No. 330] having been filed on _____September 6_____, 20 22  by _John P. Di Iorio_____; and all interested parties having been duly served; and a hearing having been held on the cross motion on September 13, 2022; and the Court having considered all of the papers submitted as well as any arguments of counsel; and for good cause shown; it is:

    **ORDERED** that the aforesaid cross motion is denied for the reasons set forth on the record of the hearing

    The successful party shall serve this order on the debtor, any trustee and all parties who entered an appearance on this matter.

*rev. 8/1/15*