UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

Order Filed on September 19, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

John Patrick O'Grady

Case No.: 19-19513

Hearing Date: September 13, 2022

Judge: John K. Sherwood

Chapter: 7

Recommended Local Form:   ☐ Followed   ☐ Modified

# ORDER DENYING CROSS MOTION FOR SANCTIONS

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 19, 2022**

Honorable John K. Sherwood
United States Bankruptcy Court

A cross motion [ECF No. 330] having been filed on _____September 6_____, 20 22  by

_John P. Di Iorio___; and all interested parties having been duly served; and a hearing having

been held on the cross motion on September 13, 2022; and the Court having considered all of the

papers submitted as well as any arguments of counsel; and for good cause shown; it is:

    **ORDERED** that the aforesaid cross motion is denied for the reasons set
    forth on the record of the hearing

    The successful party shall serve this order on the debtor, any trustee and all parties who entered an appearance on this matter.

*rev. 8/1/15*

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-19513-JKS |
| John Patrick O'Grady | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 20, 2022 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 22, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | John Patrick O'Grady, 91 Midvale Mountain Rd., Mahwah, NJ 07430-2709 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 22, 2022            Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 20, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian W. Hofmeister | |
| | on behalf of Trustee Brian W. Hofmeister bwh@hofmeisterfirm.com J119@ecfcbis.com |
| Denise E. Carlon | |
| | on behalf of Creditor BANK OF AMERICA  N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Heather Elizabeth Saydah | |
| | on behalf of Defendant Bank of America NA HSaydah@winston.com docketny@winston.com;heather-saydah-6555@ecf.pacerpro.com |
| James French | |
| | on behalf of Creditor TIAA  FSB jfrench@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| James French | |

District/off: 0312-2    User: admin    Page 2 of 2
Date Rcvd: Sep 20, 2022    Form ID: pdf903    Total Noticed: 1

| | |
|---|---|
| | on behalf of Defendant TIAA  FSB jfrench@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| James French | |
| | on behalf of Defendant EverBank jfrench@mwc-law.com nj-ecfmail@ecf.courtdrive.com |
| John Sywilok | |
| | sywilokattorney@sywilok.com nj26@ecfcbis.com |
| John P. Di Iorio | |
| | on behalf of Creditor Shapiro  Croland, Reiser, Apfel & Di Iorio, LLP jdiiorio@shapiro-croland.com |
| Marisa Myers Cohen | |
| | on behalf of Creditor TIAA  FSB nj-ecfmail@mwc-law.com, jhillier@mwc-law.com |
| Melissa S DiCerbo | |
| | on behalf of Creditor TIAA  FSB nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| Michael S. Kopelman | |
| | on behalf of Plaintiff John Sywilok kopelaw@kopelmannj.com |
| Michael S. Kopelman | |
| | on behalf of Trustee John Sywilok kopelaw@kopelmannj.com |
| Michael S. Kopelman | |
| | on behalf of Attorney Kopelman & Kopelman LLP kopelaw@kopelmannj.com |
| Michael S. Kopelman | |
| | on behalf of Interested Party John W Sywilok kopelaw@kopelmannj.com |
| Michael S. Kopelman | |
| | on behalf of Creditor Kopelman & Kopelman LLP kopelaw@kopelmannj.com |
| Mitchell Hausman | |
| | on behalf of U.S. Trustee U.S. Trustee Mitchell.B.Hausman@usdoj.gov |
| Scott S. Rever | |
| | on behalf of Creditor Barry Roy Donaldson srever@genovaburns.com srever@ecf.infouptcy.com;dmendez@genovaburns.com;dmendez@ecf.infouptcy.com |
| Scott S. Rever | |
| | on behalf of Defendant Barry Roy Donaldson srever@genovaburns.com srever@ecf.infouptcy.com;dmendez@genovaburns.com;dmendez@ecf.infouptcy.com |
| U.S. Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 19