Form 226 – 3004claimntc.jsp

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 19−19513−JKS
        Chapter: 7
        Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   John Patrick O'Grady
   91 Midvale Mountain Rd.
   Mahwah, NJ 07430

Social Security No.:
   xxx−xx−4694

Employer's Tax I.D. No.:

### Notice of Filing of Proof of Claim Pursuant to Fed.R.Bank.P. 3004

     Please be advised that Michael S. Kopelman the Trustee in the above captioned case filed a proof of claim on behalf of the following creditor(s) on 10/7/22.

Kopelman & Kopelman LLP
90 Main Street, Suite 205
Hackensack, NJ 07601

Dated: October 11, 2022
JAN: dmc

                              Jeanne Naughton
                              Clerk