UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

IN RE:

Suspension of Bankruptcy Matters Involving the United States as a Party

### GENERAL ORDER OF THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY AS APPLIED TO BANKRUPTCY CASES AND ADVERSARY PROCEEDINGS

The relief set forth on the following pages, numbered two (2) through three (3), is hereby **ORDERED**.

Dated: October 1, 2025

Christine M. Gravelle, Chief Judge
U.S. Bankruptcy Court
District of New Jersey

This matter is before the Court due to the lapse of Congressional appropriations funding the federal government, including the Department of Justice and the United States Attorney's Office for the District of New Jersey (the "U.S. Attorney's Office"). Absent an appropriation, the United States has represented to the United States District Court for the District of New Jersey ("District Court") that certain Department of Justice attorneys and employees of the federal government are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342. Therefore, the lapse in appropriations requires a reduction in the workforce of the U.S. Attorney's Office and other federal agencies, particularly with respect to civil cases. The Court, in response, and with the intent to avoid any default or prejudice to the United States, debtors or other litigants, with respect to deadlines, motions or adversary proceedings which apply to, or may include the United States as a party, occasioned by the lapse of funding, enters this Order, it is hereby

**ORDERED** that, **effective October 1, 2025**, all litigation in a bankruptcy case or adversary proceeding pending in the United States Bankruptcy Court for the District of New Jersey ("Bankruptcy Court") involving as a party the United States of America, its agencies, and/or any other party represented by the Department of Justice or the United States Attorney's Office is immediately suspended, and held in abeyance continuing either (1) until the federal government is funded through congressional appropriation, or (2) for a period set forth by any relevant District Court Standing Order. This Order includes as to the United States, the Department of Justice, or the U.S. Attorney's Office, the suspension of all pending deadlines to file proofs of claim, objections to discharge, dischargeability, and confirmation of cases under Chapter 11 or Chapter 13 of the Bankruptcy Code for this period; and it is further

**ORDERED** that this order **does not** affect deadlines or other rights concerning motions, adversary proceedings, or appeals involving parties other than the United States; and it is further

**IT IS FURTHER ORDERED** that any litigant affected by this Order may seek relief from the Court by motion; and

**FINALLY ORDERED** that the Court may, in any particular matter, vary the effect or operation of this Order by separate ruling.

The Court may renew or modify this Order depending on developments during this period and incorporates by reference any relevant Standing Order entered by the District Court. Should any continued lapse in appropriations impact the ability of the judiciary to continue its operations, the Bankruptcy Court

2

will follow the District Court's guidance and will enter any additional orders required to continue its operations in the most efficient manner.

The Court shall distribute this Order by:

a. Electronic mail to all registered CM/ECF users;

b. Mail to all self-represented debtors in a bankruptcy case;

c. Mail to all self-represented plaintiffs and defendants in adversary proceedings; and

d. Posting the Order and a Notice to the Bar on the Court's website.

The Court shall clarify the status of affected matters and deadlines upon expiration of this period and dependent on the timing of the funding resolution or further order of this Court.

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 19-19513-JKS
John Patrick O'Grady  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2
Date Rcvd: Oct 01, 2025     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 03, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | John Patrick O'Grady, 91 Midvale Mountain Rd., Mahwah, NJ 07430-2709 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2025     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 1, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian W. Hofmeister | on behalf of Trustee Brian W. Hofmeister bwh@hofmeisterfirm.com  J119@ecfcbis.com |
| Denise E. Carlon | on behalf of Creditor BANK OF AMERICA  N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Heather Elizabeth Saydah | on behalf of Defendant Bank of America NA HSaydah@winston.com  docketny@winston.com;heather-saydah-6555@ecf.pacerpro.com |
| James French | on behalf of Creditor TIAA  FSB jfrench@moodklaw.com, nj-ecfmail@ecf.courtdrive.com |
| James French | |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Oct 01, 2025 | Form ID: pdf903 | Total Noticed: 1 |

James French
    on behalf of Defendant TIAA FSB jfrench@moodklaw.com, nj-ecfmail@ecf.courtdrive.com

    on behalf of Defendant EverBank jfrench@moodklaw.com nj-ecfmail@ecf.courtdrive.com

John Sywilok
    sywilokattorney@sywilok.com nj26@ecfcbis.com

John P. Di Iorio
    on behalf of Creditor Shapiro Croland, Reiser, Apfel & Di Iorio, LLP jdiiorio@shapiro-croland.com

Marisa Myers Cohen
    on behalf of Creditor TIAA FSB nj-ecfmail@mwc-law.com, jhillier@mwc-law.com

Melissa S DiCerbo
    on behalf of Creditor TIAA FSB nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com

Michael S. Kopelman
    on behalf of Plaintiff John Sywilok kopelaw@kopelmannj.com

Michael S. Kopelman
    on behalf of Trustee John Sywilok kopelaw@kopelmannj.com

Michael S. Kopelman
    on behalf of Attorney Kopelman & Kopelman LLP kopelaw@kopelmannj.com

Michael S. Kopelman
    on behalf of Interested Party John W Sywilok kopelaw@kopelmannj.com

Michael S. Kopelman
    on behalf of Creditor Kopelman & Kopelman LLP kopelaw@kopelmannj.com

Mitchell Hausman
    on behalf of U.S. Trustee U.S. Trustee Mitchell.B.Hausman@usdoj.gov

Scott S. Rever
    on behalf of Creditor Barry Roy Donaldson srever@genovaburns.com
    srever@ecf.infouptcy.com;dmendez@genovaburns.com;dmendez@ecf.infouptcy.com

Scott S. Rever
    on behalf of Defendant Barry Roy Donaldson srever@genovaburns.com
    srever@ecf.infouptcy.com;dmendez@genovaburns.com;dmendez@ecf.infouptcy.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 19